## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fujinon Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Motorola, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT (FOR PATENT INFRINGEMENT)

Plaintiff, Fujinon Corporation ("Fujinon"), brings this action against Motorola, Inc. ("Motorola"), for patent infringement under the patent laws of the United States, Title 35, United States Code §§ 100 *et seq.* and in support thereof states and alleges as follows:

1.      Plaintiff Fujinon is a Japanese corporation with its principal place of business at 1-324 Uetake Kita-ku, Saitama, 331-9624, Japan.  Fujinon previously operated under the name Fuji Photo Optical Co., Ltd.

2.      Defendant Motorola is a Delaware corporation with its principal place of business at 1301 E. Algonquin Road, Schaumburg, Illinois 60196-4041.  Upon information and belief, Motorola manufactures or has manufactured for it and/or imports mobile phones, which it sells as it conducts business throughout the United States, including the State of Delaware.  Upon information and belief, Motorola has solicited business in the State of Delaware, is doing business in this judicial district, and has attempted to derive financial benefit from residents of the State of Delaware, including benefits directly related to the instant cause of action set forth herein.  In addition Motorola is a resident of this judicial district and has appointed The

Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, New Castle County, 19801 as its registered agent.

## Jurisdiction and Venue

4.      This action arises under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5.      Upon information and belief, Motorola places its products related to this cause of action into the stream of commerce throughout the United States, including Delaware, and those products have been offered for sale and/or sold within this judicial district.

6.      Motorola is subject to personal jurisdiction in this judicial district, and, upon information and belief, is doing other business in this judicial district.  Motorola sells, offers to sell and has sold its products related to this cause of action within the State of Delaware.

7.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) in that, among other things, the acts of infringement complained of have been committed in this judicial district and Motorola has a regular and established place of business in this judicial district.

## Facts and Statement of Claim

8.      On January 11, 2005, United States Letters Patent No. 6,842,295 (the '295 patent") entitled "Imaging Lens Formed of Aperture Diaphragm and Only Two Lens Components" was duly and legally issued to Fuji Photo Optical Co., Ltd. as assignee of the inventor Hiromitsu Yamakawa.  The name change of the assignee to Fujinon was recorded in the assignment records of the United States Patent and Trademark Office.  A copy of the '295 patent is attached hereto as Exhibit A.

9.      On September 21, 2004, United States Letters Patent No. 6,795,253 (the '253 patent") entitled "Imaging Lens" was duly and legally issued to Fuji Photo Optical Co., Ltd. as assignee of the inventor Yoshikazu Shinohara.  The name change of the assignee to Fujinon was recorded in the assignment records of the United States Patent and Trademark Office.  A copy of the '253 patent is attached hereto as Exhibit B.

10.     On November 1, 2005, United States Letters Patent No. 6,961,191 B2 (the '191 patent") entitled "Single Focus Lens" was duly and legally issued to Fujinon as assignee of the inventor Kenichi Sato.  A copy of the '191 patent is attached hereto as Exhibit C.

11.     Broadly, the '295 patent, '253 patent and '191 patent are each for an imaging lens.

12.     Fujinon has been and is rightful owner of the '295 patent, '253 patent and the '191 patent.

13.     Fujinon has become aware of various cellular phone products offered for sale and sold by Motorola which incorporate the invention of the '295 patent, the '253 patent, or the '191 patent.

14.     In particular, at least the following models of Motorola's products infringe one or more claims of the '295 patent: i850, i275, V620, V325i, SLVR L7c, V323i, V323, and i855.

15.     In particular, at least the following models of Motorola's products infringe one or more claims of the '253 patent: MPx220, PEBL U6, and RAZR V3x.

16.     In particular, at least the following models of Motorola's products infringe one or more claims of the '191 patent: E815, i870, V635, RAZR V3m, ROKR E2, RAZR V3i, RAZR V3c, RAZR V3x, Moto Q, i580, RAZR V3t, RAZR V3xx, i880, and RAZR V3r.

17.    Motorola has offered for sale and sold the infringing products in and into the State of Delaware.  On information and belief, other as yet identified products of Motorola also infringe the '295, the '253, and/or the '191 patent.

### COUNT I
### (Direct Infringement of Patents '295 and '253 and '191 Patents)

18.    Fujinon realleges the above paragraphs as if fully set forth herein.

19.    Motorola has been and is infringing the '295 patent, the '253 patent, and the '191 patent, under 35 U.S.C. § 271(a) by making, using, importing, offering for sale, or selling, without license or authority in this district and elsewhere in the United States, infringing mobile phone products, including but not limited to those identified above.

20.    Motorola has had for some time actual knowledge of the '295, '253, and '191 patents and has willfully, deliberately and intentionally infringed the claims of these patents.

21.    Unless a preliminary and permanent injunction are issued enjoining Motorola and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '295 '253, and '191 patents, Motorola will continue to infringe these patents and Fujinon will be greatly and irreparably harmed.

### COUNT II
### (Inducement to Infringe Patents '295, '253, and '191 Patents)

22.    Fujinon realleges the above paragraphs as if fully set forth herein.

23.    Upon information and belief, Motorola has been infringing the '295 patent, the '253 patent, and the '191 patent under 35 U.S.C. § 271(b) by inducing others to engage in direct infringement under 35 U.S.C. § 271(a) with a knowledge and an intent to induce the specific infringing acts and to cause the infringement.

24.     Upon information and belief, Motorola significantly, actively and intentionally aided, abetted, participated in and was and is a proximate, contributing and concurring cause of the aforesaid infringement, because, without limitation, Motorola imported and/or induced the importation of the infringing products and induced others to use, sell and offer to sell the infringing products.

25.     By its infringing conduct, Motorola has made unlawful gains and profits, and Fujinon, due to the same infringing conduct, has been deprived of rights and remunerations that would have otherwise come to Fujinon but for the infringement.  Motorola has thus caused Fujinon irreparable damage and will continue to cause Fujinon additional damages.

**COUNT III**
**(Contributory Infringement of the '295, '253, and '191 Patents)**

26.     Fujinon realleges the above paragraphs as if fully set forth herein.

27.     Upon information and belief, Motorola has been contributing to infringement of the '295 patent, the '253 patent, and the '191 patent under 35 U.S.C. § 271(c) by selling within the United States components of infringing mobile phones knowing that those components (a) are especially made for use in infringing products, and (b) are not staple articles of commerce suitable for substantial non-infringing uses.

28.     By its infringing conduct, Motorola has made unlawful gains and profits, and Fujinon, due to the same infringing conduct, has been deprived of rights and remunerations that would have otherwise come to Fujinon but for the infringement.  Motorola has thus caused Fujinon irreparable damage and will continue to cause Fujinon additional damages.

## Prayer for Relief

**WHEREFORE**, Plaintiff, Fujinon, prays this Court for the following relief:

a)      A judgment that Motorola has infringed, induced others to infringe and/or infringed contributorily one or more claims of the '295, '253, and '191 patents;

b)      A judgment that Motorola's infringement of the '295, '253, and '191 patents has been, and continues to be, willful and deliberate;

c)      Preliminary and permanent injunctive relief prohibiting Motorola, its subsidiaries, officers, agents, servants, employees, licensees, and all other persons acting or attempting to act in active concert or participation with them or acting on their behalf, from further infringement or inducement of infringement of the '295, '253 and '191 patents;

d)      A judgment that Motorola be ordered to account for and pay all damages caused by reason of Motorola's infringement pursuant to 35 U.S.C. § 284, including enhanced damages under 35 U.S.C. § 284 in an amount to be determined by the Court;

e)      A judgment that Motorola be ordered to pay Fujinon's costs, expenses and reasonable attorneys' fees pursuant to 35 U.S.C. §§ 284 and 285;

f)      An award of pre-judgment and post-judgment interest on the damages caused to Fujinon by Motorola's infringement; and

g)      Such other and further relief as the Court may deem just and proper under the circumstances.

**Jury Demand**

Plaintiff, Fujinon, demands a jury trial on all issues so triable.


Dated:  September 5, 2007                    CROSS & SIMON, LLC
        Wilmington, Delaware


By: _/s/ Christopher P. Simon_
      Christopher P. Simon (No. 3697)
      Sean T. O'Kelly (No. 4349)
      913 North Market Street, 11th Floor
      P.O. Box 1380
      Wilmington, Delaware  19899-1380
      Phone:     (302) 777-4200
      Facsimile:  (302) 777-4224

      -and-

      Quentin R. Corrie, Esquire
      Charles Gorenstein, Esquire
      Robert J. Kenney, Esquire
      BIRCH, STEWART, KOLASCH & BIRCH, LLP
      8110 Gatehouse Road
      Suite 100 East
      Falls Church, Virginia 22040-0747
      Phone:     (703) 205-8000

      *Counsel for the Plaintiff*

# EXHIBIT "A"



US006842295B2

## (12) United States Patent
### Yamakawa

(10) Patent No.: **US 6,842,295 B2**
(45) Date of Patent: **Jan. 11, 2005**

(54) **IMAGING LENS FORMED OF APERTURE DIAPHRAGM AND ONLY TWO LENS COMPONENTS**

(75) Inventor: **Hiromitsu Yamakawa**, Saitama (JP)

(73) Assignee: **Fuji Photo Optical Co., Ltd.**, Saitama (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 7 days

(21) Appl. No.: **10/385,531**

(22) Filed: **Mar. 12, 2003**

(65) **Prior Publication Data**

US 2003/0197956 A1 Oct. 23, 2003

(30) **Foreign Application Priority Data**

Mar. 29, 2002 (JP) .................................. 2002-094265

(51) Int. Cl.7 .................................. G02B 3/02; G02B 13/18
(52) U.S. Cl. .................................. 359/708; 359/717
(58) Field of Search .................................. 359/708–717, 359/738–739

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,502,597 A    3/1996  Estelle et al.

| 6,011,660 A | 1/2000 | Nagahara | |
| 6,416,240 B1 | 7/2002 | Johnson | |
| 6,441,971 B2 | 8/2002 | Ning | |
| 6,724,532 B1 * | 4/2004 | Fu et al. | 359/717 |

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—Alicia M Harrington
(74) *Attorney, Agent, or Firm*—Arnold International; Jon W. Henry; Bruce Y. Arnold

(57) **ABSTRACT**

An imaging lens for an image pickup device is formed of only two lens components that are lens elements. An aperture diaphragm is on the object side of the object-side lens component. All four lens component lens surfaces are aspheric. The lens surface configuration near the optical axis of the object-side lens surface of the second lens component is convex. The lens surface configuration near the optical axis of at least one of the other three lens surfaces is concave. In various different embodiments, the lens surface configuration near the optical axis and the lens surface configuration near the periphery of a lens surface are different; the lens surface configuration of the intermediate portion of a lens surface differs from the other lens surface configurations; the Abbe numbers of the two lens elements satisfy a certain relationship; and a diffractive optical surface is used as one lens surface.

**23 Claims, 13 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Spherical Aberration
Fig. 11A

Astigmatism
Fig. 11B

Distortion
Fig. 11C

Lateral Color
Fig. 11D



Spherical Aberration
Fig. 12A

Astigmatism
Fig. 12B

Distortion
Fig. 12C

Lateral Color
Fig. 12D



Spherical Aberration
Fig. 13A

Astigmatism
Fig. 13B

Distortion
Fig. 13C

Lateral Color
Fig. 13D



Spherical Aberration
Fig. 14A

Astigmatism
Fig. 14B

Distortion
Fig. 14C

Lateral Color
Fig. 14D



| F/2.8 | ω=34.6° | ω=34.6° | ω=34.6° |
|-------|---------|---------|---------|

| −0.2mm    0.2mm | −0.2mm    0.2mm | −5%    5% | −0.05mm    0.05mm |

| Spherical Aberration | Astigmatism | Distortion | Lateral Color |
| Fig. 15A | Fig. 15B | Fig. 15C | Fig. 15D |



| F/2.8 | ω=34.6° | ω=34.6° | ω=34.6° |
|-------|---------|---------|---------|

| −0.2mm    0.2mm | −0.2mm    0.2mm | −5%    5% | −0.05mm    0.05mm |

| Spherical Aberration | Astigmatism | Distortion | Lateral Color |
| Fig. 16A | Fig. 16B | Fig. 16C | Fig. 16D |



Spherical Aberration
Fig. 17A

Astigmatism
Fig. 17B

Distortion
Fig. 17C

Lateral Color
Fig. 17D



Spherical Aberration
Fig. 18A

Astigmatism
Fig. 18B

Distortion
Fig. 18C

Lateral Color
Fig. 18D



Spherical Aberration
Fig. 19A

Astigmatism
Fig. 19B

Distortion
Fig. 19C

Lateral Color
Fig. 19D



Spherical Aberration
Fig. 20A

Astigmatism
Fig. 20B

Distortion
Fig. 20C

Lateral Color
Fig. 20D



| Spherical Aberration | Astigmatism | Distortion | Lateral Color |
| Fig. 21A | Fig. 21B | Fig. 21C | Fig. 21D |



| Spherical Aberration | Astigmatism | Distortion | Lateral Color |
| Fig. 22A | Fig. 22B | Fig. 22C | Fig. 22D |



Spherical Aberration
Fig. 23A

Astigmatism
Fig. 23B

Distortion
Fig. 23C

Lateral Color
Fig. 23D



Fig. 24

US 6,842,295 B2

1

# IMAGING LENS FORMED OF APERTURE DIAPHRAGM AND ONLY TWO LENS COMPONENTS

## BACKGROUND OF THE INVENTION

Conventionally, an imaging device using an image pickup device, such as a CCD (Charge Coupled Device) or a CMOS (Complementary Metal Oxide Semiconductor), has been known. In such an imaging device, an image of an object is formed on an image pickup device and electronic signals from the image pickup device are processed in order to create image data that may be recorded or further processed to provide an image for viewing. Miniaturization of the image pickup devices has been progressing in recent years in order to make the entire imaging device smaller.

In particular, the miniaturization of module cameras for inputting picture images in cellular phones and digital still cameras (hereinafter referred to as digital cameras) has been remarkable in recent years. Conventionally, the imaging lens used in small imaging devices has been a small, single lens component in order to achieve the desired small size and portability desired. Additionally, in recent years, the performance capabilities of image pickup devices has been improved, and small image pickup devices with higher pixel densities have been developed without increasing the size of the image pickup device. Associated with the realization of higher pixel density, higher optical performance of the imaging lens used with the image pickup device is demanded. However, a small, single lens component does not satisfy the optical performance requirements needed.

Recently, in order to obtain tolerable optical performance for image pickup devices having a high pixel density, consideration has been given to increasing the number of lens components of the imaging lens. However, while increasing the number of lens components enables improvement of the image quality, it is disadvantageous from the standpoint of increasing the overall length of the imaging lens, and may result in the small size and portability of the imaging device being lost. Conventionally, an imaging lens with a high optical performance that is suitable for mounting in a small, image pickup device having a high pixel density has not been fully developed in terms of satisfying the desired miniaturization requirements and providing a satisfactory image quality.

Furthermore, as an imaging lens for an imaging device, the optical performance requirements may not relate solely to the imaging lens itself but may depend on the characteristics of the image pickup device. For example, in the case of using an image pickup device such as a CCD, in general it is desirable that light rays generally are incident onto the image surface of the image pickup device nearly normal to the surface. In other words, it is desirable to secure a telecentric property at the image plane. Therefore, it is desired to develop an imaging lens with various performance capabilities that match with the characteristics of an image pickup device with which the imaging lens may be used.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to an imaging lens with optical performance characteristics suitable for mounting in a small imaging device and for forming a small image onto the small imaging device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accom-

2

panying drawings, which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 shows a cross-sectional view of the imaging lens according to Embodiment 1;

FIG. 2 shows a cross-sectional view of the imaging lens according to Embodiment 2;

FIG. 3 shows a cross-sectional view of the imaging lens according to Embodiment 3;

FIG. 4 shows a cross-sectional view of the imaging lens according to Embodiments 5 and 6;

FIG. 5 shows a cross-sectional view of the imaging lens according to Embodiment 7;

FIG. 6 shows a cross-sectional view of the imaging lens according to Embodiments 8 and 9;

FIG. 7 shows a cross-sectional view of the imaging lens according to Embodiment 10;

FIG. 8 shows a cross-sectional view of the imaging lens according to Embodiment 11;

FIG. 9 shows a cross-sectional view of the imaging lens according to Embodiments 12 and 13;

FIG. 10 is a cross-sectional view of the imaging lens according to an embodiment of the present invention with ray tracings related to explaining the imaging lens of the present invention;

FIGS. 11A–11D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 1;

FIGS. 12A–12D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 2;

FIGS. 13A–13D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 3;

FIGS. 14A–14D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 4;

FIGS. 15A–15D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 5;

FIGS. 16A–16D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 6;

FIGS. 17A–17D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 7;

FIGS. 18A–18D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 8;

FIGS. 19A–19D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 9;

FIGS. 20A–20D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 10;

FIGS. 21A–21D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 11;

FIGS. 22A–22D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 12; and

FIGS. 23A–23D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 13; and

FIG. 24 shows a cross-sectional view of the imaging lens according to Embodiment 4.

US 6,842,295 B2

| 3 | 4 |

### DETAILED DESCRIPTION

First, definitions of the terms "lens element" and "lens component" that relate to the following detailed description will be given. The term "lens element" is herein defined as a single transparent mass of refractive material having two opposed refracting surfaces, which surfaces are positioned at least generally transversely of the optical axis of the imaging lens. The term "lens component" is herein defined as (a) a single lens element spaced so far from any adjacent lens element that the spacing cannot be neglected in computing the optical image forming properties of the lens elements or (b) two or more lens elements that have their adjacent lens surfaces either in full overall contact or overall so close together that the spacings between adjacent lens surfaces of the different lens elements are so small that the spacings can be neglected in computing the optical image forming properties of the two or more lens elements. Thus, some lens elements may also be lens components. Therefore, the terms "lens element" and "lens component" should not be taken as mutually exclusive terms. In fact, the terms may frequently be used to describe a single lens element in accordance with part (a) above of the definition of a "lens component."

A general description of the preferred embodiments of the imaging lens of the present invention will now be described with reference to FIG. 1 that shows Embodiment 1. In FIG. 1, the lens elements are referenced by the symbols L1 and L2, in order from the object side of the imaging lens. Similarly, the radii of curvature of the lens elements are referenced by the letter r followed by a number denoting their order from the object side of the imaging lens, from r1 to r4.

In accordance with the definitions of "lens component," and "lens elements" above, in the thirteen preferred embodiments of the imaging lens of the present invention described below, lens elements L1 and L2 are also lens components. Thus, the present invention may variously be described in terms of lens elements or in terms of lens components.

An aperture diaphragm St is arranged in a position closer to the object side than that of the first lens L1. That is, the aperture diaphragm St is arranged closest to the object side within the imaging lens. Placing the aperture diaphragm St as specified closest to the object side, in front of the first lens element L1, assists in achieving a telecentric property on the image side with a particular image pickup device.

An image pickup device, such as a CCD (not shown), is arranged at the image plane Simg of the imaging lens. A glass or plastic parallel plane cover plate CG for the purpose of protecting an optical filter, or optical filters, and the image pickup device may be inserted between the second lens component L2 and the image plane Simg as indicated by its dotted line representation in FIG. 1. The on-axis surface spacings along the optical axis of the lens surfaces are referenced by the letter d followed by a number denoting their order from the object side of the imaging lens, from d0 to d3.

The four lens surfaces of the first and second lens elements L1 and L2 are aspheric lens surfaces. The four aspheric lens surfaces satisfy the following equation:

$$Z=[(CY^2)/\{1+(1-K\cdot C^2\cdot Y^2)^{1/2}\}]+A_3Y^3+A_4Y^4+A_5Y^5+A_6Y^6+A_7Y^7+A_8Y^8+A_9Y^9+A_{10}Y^{10} \qquad \text{Equation (A)}$$

where

Z is the length (in mm) of a line drawn from a point on the aspheric lens surface at a distance Y from the optical axis to the tangential plane of the aspheric surface vertex,

C is the curvature (=1/the radius of curvature, r) of the aspheric lens surface near the optical axis,

Y is the distance (in mm) from the optical axis,

K is the eccentricity, and

$A_3$–$A_{10}$ are the third through tenth aspheric coefficients.

Additionally, the lens material of each lens element may be either optical glass or plastic. The imaging lenses related to the present invention are designed for images of relatively small dimensions, for example, a diameter of eight millimeters or less so that they are suitable for a small imaging device.

With reference to FIG. 10, herein the following phrases have the following meanings with regard to the lens surfaces. The phrase "lens surface configuration near the optical axis" means, for example, a lens surface configuration within the range where a light beam 51 whose angle of view is zero degrees passes through. Further, the phrase "lens surface configuration near the periphery" means, for example, a lens surface configuration within the range of a light beam 52 with a maximum angle of view passes through. Further, the phrase "lens surface configuration of the intermediate portion" means a lens surface configuration in the region between near the optical axis and near the periphery. Because of the breadth of light beam 52 based on the size of the aperture diaphragm St, the lens surface may have different lens surface configurations near the periphery, that is, in the region where the light beam 52 passes. Thus, the phrase "the lens surface configuration near the periphery" may refer to a uniform configuration, such as concave or convex, and the phrase "a lens configuration near the periphery" may refer to configurations where the breadth of the light beam 52 may be large enough to pass through lens surface areas of different curvature, such as both concave and convex.

Thirteen preferred embodiments of the zoom lens of the present invention will now be described with reference to FIGS. 1–9. In FIGS. 1–9, the optical path of the light ray that enters at the maximum angle of view and passes through the top of the aperture diaphragm St is shown, which light ray is also one of the light rays shown in FIG. 10.

### Embodiment 1

FIG. 1 shows the basic lens element configuration of an imaging lens of Embodiment 1 of the present invention. As shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, and the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave.

Table 1 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_r$ (at the e-line of λ=546 1 nm) and the Abbe number $v_d$ (at the d-line of λ=587 6 nm) of each lens element for Embodiment 1. Listed in the bottom portion of Table 1 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 1. The thickness of the glass or plastic cover plate CG is 0 35 mm and its refractive index is 1 51872

US 6,842,295 B2

5

6

TABLE 1

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.3000 | | |
| 1 | −1.7118 | 0.7000 | 1.52876 | 51.0 |
| 2 | −1.1771 | 0.2000 | | |
| 3 | 1.0546 | 0.7000 | 1.49227 | 57.5 |
| 4 | 1.2151 | | | |
| f = 2.450 mm | $F_{NO}$ = 2.8 | Bf = 1.872 mm | 2ω = 67° | TCL = 3.772 mm |

Table 2 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 1. Aspheric coefficients that are not present in Table 2 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E−2" represents the number $1.0 \times 10^{-2}$.

TABLE 2

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 5.46236 | 3.16167E−2 | −3.14787E−2 | −5.87570E−1 | −2.21697 |
| 2 | 1.84382 | −1.55226E−2 | −9.66662E−2 | 7.29696E−2 | 0.00000 |
| 3 | 2.30137E−1 | 1.85719E−2 | −4.17506E−2 | −4.83449E−3 | 0.00000 |
| 4 | 1.08370 | 2.10920E−1 | −1.72799E−1 | −4.54405E−2 | 0.00000 |

FIGS. 11A–11D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 1. In FIG. 11A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 11A the f-number of this embodiment is 2.8. In FIG. 11B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 11C the distortion is shown at the e-line (λ=546.07 nm). FIG. 11D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 33.3°

As is clear from the lens data and aberration curves discussed above, in Embodiment 1 the various aberrations are favorably corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 1 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) distortion aberration can be smaller; (2) the length from the front end of the optical system to the image plane can be comparatively shorter; and (3) the field curvature can be comparatively smaller

Embodiment 2

FIG. 2 shows the basic lens element configuration of an imaging lens of Embodiment 2 of the present invention. As shown in FIG. 2, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, the lens surface configuration near

the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 1, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex

Table 3 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 2. Listed in the bottom portion of Table 3 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 2. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872

TABLE 3

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −22.1504 | 2.0000 | 1.52876 | 51.0 |
| 2 | 9.9568 | 0.5251 | | |
| 3 | 1.2576 | 1.6000 | 1.52876 | 51.0 |
| 4 | 13.1487 | | | |
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.980 mm | 2ω = 69° | TCL = 7.105 mm |

Table 4 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 3. Aspheric coefficients that are not present in Table 4 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E−2" represents the number $1.0 \times 10^{-2}$.

US 6,842,295 B2

7                                                          8

### TABLE 4

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|-------|-------|-------|----------|
| 1 | −5.73914 | −1.61356E−2 | −5.66824E−3 | −2.00846E−2 | 8.20392E−3 |
| 2 | 4.50936E−1 | −1.44417E−1 | 3.20510E−2 | −4.39887E−3 | −3.17440E−5 |
| 3 | −2.35265E−2 | −3.63811E−2 | 1.27095E−2 | −3.60835E−3 | 2.90231E−4 |
| 4 | 3.72018E−1 | 1.62654E−1 | −5.28833E−2 | 6.10245E−3 | −2.48354E−4 |

FIGS. 12A–12D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 2. In FIG. 12A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 12A the f-number of this embodiment is 2.8. In FIG. 12B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 12C the distortion is shown at the e-line (λ=546.07 nm). FIG. 12D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 2 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 2 of the present invention is effective in achieving following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

### Embodiment 3

FIG. 3 shows the basic lens element configuration of an imaging lens of Embodiment 3 of the present invention. As shown in FIG. 3, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 3, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens element L2 is concave.

Table 5 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 3. Listed in the bottom portion of Table 5 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 3. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

### TABLE 5

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|-------|-------|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −3.12953 | 2.0000 | 1.52876 | 51.0 |
| 2 | 5.2695 | 0.3910 | | |
| 3 | 1.2602 | 1.8000 | 1.52876 | 51.0 |
| 4 | −2.27601 | | | |
| f = 2.900 mm | $F_{NO}$ = 2.8 | Bf = 1.976 mm | 2ω = 69° | TCL = 7.167 mm |

Table 6 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 5. Aspheric coefficients that are not present in Table 6 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

### TABLE 6

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|-------|-------|-------|----------|
| 1 | −5.73912 | −1.85911E−2 | −5.48212E−3 | −1.83873E−2 | 8.08687E−3 |
| 2 | 4.50339E−1 | −1.46805E−1 | 3.08450E−2 | −4.43517E−3 | 6.52813E−5 |
| 3 | −1.00899E−1 | −3.84242E−2 | 1.31613E−2 | −2.95136E−3 | 1.84241E−4 |
| 4 | 3.72036E−1 | 1.70153E−1 | −5.01230E−2 | 5.44566E−3 | −2.23659E−4 |

FIGS. 13A–13D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 3. In FIG. 13A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 13A the f-number of this embodiment is 2.8. In FIG. 13B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 13C the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle co for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 3 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small

US 6,842,295 B2

9 | 10

imaging device can be obtained. In particular, an imaging lens related to Embodiment 3 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 4

Embodiment 4 is very similar to Embodiment 3 and differs from Embodiment 3 in its lens element configuration only by different radii of curvature of the lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, different refractive indexes and different Abbe numbers of the lens materials, a different thickness of lens element L2, and the object-side lens surface of lens element L1 being a diffractive optical surface. FIG. 24 illustrates this embodiment.

By making at least one of the lens surfaces of the first lens element L1 and the second lens element L2 to be a diffractive optical surface, excellent correction of lateral color can be obtained, color blur decreased, and image quality, such as image resolution, can be improved. The diffractive optical surface is formed so that the diffractive optical surface adds an optical path length OPL that varies with the distance from the optical axis according to the following equation:

$$OPL = (C01 \cdot Y \cdot \lambda)/2\pi \qquad \text{Equation (B)}$$

where

C01 is the DOE (diffractive optical element) constant,

Y is the distance (in mm) from the optical axis, and

λ is the wavelength of the light being imaged.

In Embodiment 4, the DOE constant of the object-side lens surface of lens element L1 is −237.812.

Table 7 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $\nu_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 4. Listed in the bottom portion of Table 7 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm

St to the image plane Simg (TCL) for Embodiment 4. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 7

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 1.0000 | | |
| 1 | −11.6877 | 2.0000 | 1.53331 | 64.6 |
| 2 | 4.7916 | 0.3910 | | |
| 3 | 1.2650 | 2.0000 | 1.53331 | 64.6 |
| 4 | −17.9564 | | | |

f = 2.895 mm    $F_{NO}$ = 2.8    Bf = 1.808 mm    2ω = 69°    TCL = 7.199 mm

Table 8 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 7. Aspheric coefficients that are not present in Table 8 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 8

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5.73911 | −1.96423E−2 | −5.52092E−3 | −1.73933E−2 | 9.10823E−3 |
| 2 | 4.51049E−1 | −1.45530E−1 | 3.29461E−2 | −5.70002E−3 | 3.17682E−4 |
| 3 | −1.30507E−1 | −3.92555E−2 | 1.28950E−2 | −2.83396E−3 | 1.96295E−4 |
| 4 | 3.72035E−1 | 1.70269E−1 | −5.08813E−2 | 5.87775E−3 | −2.64482E−4 |

FIGS. 14A–14D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 4. In FIG. 14A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 14A the f-number of this embodiment is 2.8. In FIG. 14B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 14C the distortion is shown at the e-line (λ=546.07 nm). FIG. 14D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 4 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 4 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 5

FIG. 4 shows the basic lens element configuration of an imaging lens of Embodiment 5 of the present invention. As

US 6,842,295 B2

**11**

shown in FIG 4, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex Additionally, as shown in FIG 4, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens element L2 is concave

Table 9 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546 1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587 6 nm) of each lens element for Embodiment 5 Listed in the bottom portion of Table 9 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 5 The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1 51872

TABLE 9

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 8000 | | |
| 1 | 7 7504 | 2 0000 | 1 52876 | 51 0 |
| 2 | 2 0368 | 0 1000 | | |
| 3 | 1 1267 | 1 8000 | 1 52876 | 51 0 |
| 4 | −4 1703 | | | |
| f = 2 900 mm | $F_{NO}$ = 2.8 | Bf = 1 778 mm | $2\omega$ = 69° | TCL = 6 478 mm |

Table 10 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 9. Aspheric coefficients that are not present in Table 10 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 10

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −5 73784 | 6 70437E−3 | 5 51845E−3 | −3 92123E−3 | −5 55102E−4 |
| 2 | 3 83888E−1 | −1 51962E−1 | 2 01089E−2 | 1 70547E−4 | −3 47513E−4 |
| 3 | −3 07421E−1 | −4 33825E−2 | 1 70826E−2 | −2 98983E−3 | 2 01933E−5 |
| 4 | 3 58809E−1 | 2.03103E−1 | −5 88102E−2 | 6 21637E−3 | −2 28695E−4 |

FIGS. 15A–15D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 5 In FIG 15A, the spherical aberration is shown for the e-line ($\lambda$=546 07 nm), the g-line ($\lambda$=435 8 nm), and the C-line ($\lambda$=656 3 nm) As shown in FIG 15A the f-number of this embodiment is 2 8 In FIG 15B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T In FIG 15C the distortion is

**12**

shown at the e-line ($\lambda$=546 07 nm) FIG 15D shows the lateral color at the g-line ($\lambda$=435 8 nm) and at the C-line ($\lambda$=656 3 nm) The half-image angle $\omega$ for this embodiment is 34 6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 5 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained In particular, an imaging lens related to Embodiment 5 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 6

Embodiment 6 is very similar to Embodiment 5 and differs from Embodiment 5 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and some different optical element surface spacings. Therefore, Embodiment 6 is well shown by FIG 4.

Table 11 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546 1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587 6 nm) of each lens element for Embodiment 6 Listed in the bottom portion of Table 11 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 6 The thickness of the glass or plastic cover plate CG is 0 50 mm and its refractive index is 1 51872.

TABLE 11

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 8000 | | |
| 1 | 11 2013 | 1 5000 | 1 52876 | 51 0 |
| 2 | 2 1137 | 0 1730 | | |
| 3 | 1 1479 | 1 8000 | 1 52876 | 51 0 |
| 4 | −4 3873 | | | |

TABLE 11-continued

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| f = 2 900 mm | $F_{NO}$ = 2 8 | Bf = 1 963 mm | $2\omega$ = 69° | TCL = 6 236 mm |

US 6,842,295 B2

13

Table 12 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 11. Aspheric coefficients that are not present in Table 12 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 12

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|-------|-------|-------|----------|
| 1 | −5.73781 | 5.29184E−3 | −1.30161E−3 | 1.82677E−3 | −8.21953E−3 |
| 2 | 2.49407E−1 | −1.69505E−1 | 2.71991E−2 | 3.06687E−4 | −1.13938E−3 |
| 3 | −2.93041E−1 | −4.44795E−2 | 1.09101E−2 | −9.58117E−4 | −3.54885E−4 |
| 4 | 3.70722E−1 | 1.91238E−1 | −7.06007E−2 | 1.05705E−2 | −6.37682E−4 |

FIGS. 16A–16D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 6. In FIG. 16A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 16A the f-number of this embodiment is 2.8. In FIG. 16B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 16C the distortion is shown at the e-line (λ=546.07 nm). FIG. 16D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 6 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 6 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the angle of incidence of a luminous flux that strikes the image plane can be smaller, and a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane; and (2) the field curvature can be comparatively smaller.

Embodiment 7

FIG. 5 shows the basic lens element configuration of an imaging lens of Embodiment 7 of the present invention. As shown in FIG. 5, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is concave. Additionally, as shown in FIG. 5, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis

14

of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Table 13 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of λ=546.1 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each lens element for Embodiment 7. Listed in the bottom portion of Table 13 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 7. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 13

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|-------|-------|
| 0 (stop) | ∞ | 0.3508 | | |
| 1 | 2.6363 | 1.2000 | 1.51081 | 56.0 |
| 2 | 4.5145 | 0.7127 | | |
| 3 | 2.0959 | 1.2014 | 1.51081 | 56.0 |
| 4 | 5.6949 | | | |
| f = 4.200 mm | $F_{NO}$ = 2.8 | Bf = 2.301 mm | 2ω = 69° | TCL = 5.766 mm |

Table 14 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 13. Aspheric coefficients that are not present in Table 14 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 14

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|-------|-------|-------|----------|
| 1 | −5.25973 | 4.05541E−2 | 6.15047E−3 | −1.23399E−3 | 7.60464E−6 |
| 2 | 9.67175E−2 | −4.52384E−2 | 1.91970E−2 | 1.08049E−3 | 9.21900E−4 |
| 3 | −3.75860E−1 | −2.16034E−2 | −9.27519E−3 | 5.15785E−3 | −1.44464E−3 |
| 4 | 2.55897E−1 | 3.62277E−2 | −1.99749E−2 | 3.19498E−3 | −2.55817E−4 |

FIGS. 17A–17D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 7. In FIG. 17A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 17A the f-number of this embodiment is 2.8. In FIG. 17B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 17C the distortion is shown at the e-line (λ=546.07 nm). FIG. 17D shows the

US 6,842,295 B2

15                                                              16

lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°

As is clear from the lens data and aberration curves discussed above, in Embodiment 7 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 7 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used.

### Embodiment 8

FIG. 6 shows the basic lens element configuration of an imaging lens of Embodiment 8 of the present invention. As shown in FIG. 6, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is concave. Additionally, as shown in FIG. 6, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, the lens surface configuration of the intermediate portion and a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex, and a lens surface configuration even nearer the periphery of the image-side lens surface of the second lens element L2 is concave, as shown by the refracted light ray at r4 of FIG. 6 diverging slightly as it exits the second lens component L2.

Thus Embodiment 8, as described above, is similar to Embodiment 7 shown in FIG. 5. However, as shown in FIG. 6, the very peripheral portion of the image-side lens surface of the second lens element L2 may deviate from the convex shape. Even so, in accordance with the meaning given the phrase "lens surface configuration near the periphery" above as, for example, a lens surface configuration within the range of a light beam 52 with a maximum angle of view passes through as shown in FIG. 10, a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 in Embodiment 8 is convex. That is, a distinction may be made between "a lens surface configuration near the periphery" and "the lens surface configuration near the periphery" with regard to Embodiment 8, as well as with regard to Embodiment 9 that will be described later.

Table 15 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index N_e (at the e-line of λ=546.1 nm) and the Abbe number ν_d (at the d-line of

λ=587.6 nm) of each lens element for Embodiment 8. Listed in the bottom portion of Table 15 are the focal length f, the f-number F_{NO}, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 8. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872.

TABLE 15

| #        | r      | d       | N_e     | ν_d   |
|----------|--------|---------|---------|-------|
| 0 (stop) | ∞      | 0.3000  |         |       |
| 1        | 2.2884 | 1.3145  | 1.51081 | 56.0  |
| 2        | 3.2566 | 0.5850  |         |       |
| 3        | 1.7641 | 1.2000  | 1.51081 | 56.0  |
| 4        | 3.3750 |         |         |       |
| f = 4.200 mm | F_{NO} = 2.8 | Bf = 2.100 mm | 2ω = 69° | TCL = 5.499 mm |

Table 16 below lists the values of the constants K, A_4, A_6, A_8, and A_{10} used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 15, and Table 17 below lists the values of the constants K and A_3–A_{10} used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 15. Aspheric coefficients that are not present in Tables 16 and 17 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0 \times 10^{-2}$.

TABLE 16

| #  | K         | A_4         | A_6          | A_8          | A_{10}       |
|----|-----------|-------------|--------------|--------------|--------------|
| 1  | −2.84304  | 6.26507E−2  | −7.19804E−3  | −2.66734E−3  | 5.90432E−4   |
| 2  | 1.64448E−2 | −4.47957E−2 | 3.98830E−2   | 3.52573E−3   | −3.75426E−3  |

TABLE 17

| Aspheric Factor | #3           | #4           |
|-----------------|--------------|--------------|
| K               | −6.60892E−1  | 3.92356E−1   |
| A_3             | −4.43633E−2  | −5.86307E−2  |
| A_4             | −1.07778E−2  | 3.62928E−2   |
| A_5             | 2.91104E−3   | 5.23099E−4   |
| A_6             | −7.03438E−3  | −2.13680E−2  |
| A_7             | 3.98854E−6   | 5.33612E−5   |
| A_8             | 3.41426E−3   | 4.45067E−3   |
| A_9             | −1.21763E−6  | 4.45457E−6   |
| A_{10}          | −4.21151E−4  | −3.37268E−4  |

FIGS. 18A–18D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 8. In FIG. 18A, the spherical aberration is shown for the e-line (λ=546.07 nm), the g-line (λ=435.8 nm), and the C-line (λ=656.3 nm). As shown in FIG. 18A the f-number of this embodiment is 2.8. In FIG. 18B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 18C the distortion is shown at the e-line (λ=546.07 nm). FIG. 18D shows the lateral color at the g-line (λ=435.8 nm) and at the C-line (λ=656.3 nm). The half-image angle ω for this embodiment is 34.6°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 8 of the imaging lens of the

US 6,842,295 B2

| 17 | 18 |

present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 8 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used

### Embodiment 9

Embodiment 9 is very similar to Embodiment 8 and differs from Embodiment 8 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and different optical element surface spacings. Therefore, Embodiment 9 is well shown by FIG. 6

Table 18 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the d-line of $\lambda=546.1$ nm) and the Abbe number $v_d$ (at the d-line of $\lambda=587.6$ nm) of each lens element for Embodiment 9. Listed in the bottom portion of Table 18 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle $2\omega$, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 9. The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1.51872

#### TABLE 18

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0.2000 | | |
| 1 | 1.8735 | 1.2083 | 1.51081 | 56.0 |
| 2 | 3.6085 | 0.4602 | | |
| 3 | 1.7947 | 1.0000 | 1.51081 | 56.0 |
| 4 | 1.9050 | | | |
| f = 4.200 mm | $F_{NO}$ = 2.8 | Bf = 1.907 mm | $2\omega$ = 69° | TCL = 4.775 mm |

Table 19 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 18, and Table 20 below lists the values of the constants K and $A_3$–$A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 18. Aspheric coefficients that are not present in Tables 19 and 20 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E-2" represents the number $1.0\times10^{-2}$

#### TABLE 19

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | -1.06047 | 7.15253E-2 | -9.28424E-3 | 3.73723E-3 | -2.22709E-4 |
| 2 | -2.67306E-1 | -9.56477E-2 | 7.80424E-2 | 1.45746E-2 | -5.55543E-3 |

#### TABLE 20

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 7.51249E-2 | 9.13974E-1 |
| $A_3$ | -1.19134E-1 | -1.76537E-1 |
| $A_4$ | -6.46100E-2 | 4.21846E-2 |

#### TABLE 20-continued

| Aspheric Factor | #3 | #4 |
|---|---|---|
| $A_5$ | -9.53700E-3 | -4.74730E-4 |
| $A_6$ | -8.58963E-3 | -2.16580E-2 |
| $A_7$ | -1.54465E-4 | 1.25086E-5 |
| $A_8$ | 3.39927E-3 | 4.44663E-3 |
| $A_9$ | -2.62721E-6 | 4.24984E-6 |
| $A_{10}$ | -4.21151E-4 | -3.37243E-4 |

FIGS. 19A–19D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 9. In FIG. 19A, the spherical aberration is shown for the e-line ($\lambda=546.07$ nm), the g-line ($\lambda=435.8$ nm), and the C-line ($\lambda=656.3$ nm). As shown in FIG. 19A the f-number of this embodiment is 2.8 In FIG. 19B, the astigmatism is shown at the e-line ($\lambda=546.07$ nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 19C the distortion is shown at the e-line ($\lambda=546.07$ nm). FIG. 19D shows the lateral color at the g-line ($\lambda=435.8$ nm) and at the C-line ($\lambda=656.3$ nm). The half-image angle co for this embodiment is 34.6°

As is clear from the lens data and aberration curves discussed above, in Embodiment 9 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 9 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; and (3) the lateral color can be comparatively smaller even if only a single lens material is used

### Embodiment 10

FIG. 7 shows the basic lens element configuration of an imaging lens of Embodiment 10 of the present invention. As shown in FIG. 7, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the first lens element L1 is convex. Additionally, as shown in FIG. 7, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and the lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex.

Table 21 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each

US 6,842,295 B2

19
20

surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546 1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587 6 nm) of each lens element for Embodiment 10 Listed in the bottom portion of Table 21 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 10 The thickness of the glass or plastic cover plate CG is 0 50 mm and its refractive index is 1 51872

TABLE 21

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 84928 | | |
| 1 | 3 1051 | 1 50001 | 1 510812 | 56 0 |
| 2 | 2 1496 | 0 32098 | | |
| 3 | 1 0771 | 1 20000 | 1 510812 | 56 0 |
| 4 | 3 1037 | | | |
| f = 3 620 mm | $F_{NO}$ = 2 8 | Bf = 2 011 mm | 2ω = 62° | TCL = 5 881 mm |

Table 22 below lists the values of the constants $K$, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 21 Aspheric coefficients that are not present in Table 22 are zero An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E-2" represents the number 1 0x10$^{-2}$

TABLE 22

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | −6 29986 | 1 53798E−2 | 1 21692E−2 | −1 11344E−2 | 2 54928E−3 |
| 2 | −1 51482 | −2 08165E−1 | 8 89807E−2 | −2 55657E−2 | 3 11514E−3 |
| 3 | −1 18770 | −3 37577E−3 | −1 34069E−2 | −6 91941E−3 | 1 09013E−3 |
| 4 | 2 66840 | 1 27685E−1 | −1 17643E−1 | 3 18908E−2 | −3 45215E−3 |

FIGS. 20A–20D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 10 In FIG 20A, the spherical aberration is shown for the e-line ($\lambda$=546 07 nm), the g-line ($\lambda$=435 8 nm), and the C-line ($\lambda$=656 3 nm) As shown in FIG 20A the f-number of this embodiment is 2 8 In FIG 20B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T In FIG 20C the distortion is shown at the e-line ($\lambda$=546 07 nm) FIG 20D shows the lateral color at the g-line ($\lambda$=435 8 nm) and at the C-line ($\lambda$=656.3 nm) The half-image angle ω for this embodiment is 30 8°

As is clear from the lens data and aberration curves discussed above, in Embodiment 10 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained In particular, an imaging lens related to Embodiment 10 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion at the image plane can be comparatively smaller; and (2) while the length from the front end of the optical system to the image plane can be comparatively shorter, a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane

Embodiment 11

FIG 8 shows the basic lens element configuration of an imaging lens of Embodiment 11 of the present invention

Embodiment 11 is very similar to Embodiment 10 and differs from Embodiment 10 in its lens elements configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, some different optical surface spacings, and the object-side lens surface of lens element L1 being a diffractive optical surface

As discussed above with regard to Embodiment 4, by making at least one of the lens surfaces of the first lens element L1 and the second lens element L2 to be a diffractive optical surface, excellent correction of lateral color can be made, color blur decreased, and image quality, such as image resolution, can be improved The diffractive optical surface is formed so that the diffractive optical surface adds an optical path length O that varies with the distance from the optical axis according Equation (B) discussed above with regard to Embodiment 4 In Embodiment 11, the DOE constant of the object-side lens surface of lens element L1 is −114 465

Table 23 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546 1 nm) and the Abbe number $v_d$ (at the d-line of $\lambda$=587 6 nm) of each lens element for Embodiment 11 Listed in the bottom portion of Table 23 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 11 The thickness of the glass or plastic cover plate CG is 0.50 mm and its refractive index is 1 51872

TABLE 23

| # | r | d | $N_e$ | $v_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 98192 | | |
| 1 | 3 1182 | 1 20000 | 1 510812 | 56 0 |
| 2 | 2 4293 | 0 46898 | | |
| 3 | 1 2044 | 1 20000 | 1 510812 | 56 0 |
| 4 | 3 2136 | | | |
| f = 3 620 mm | $F_{NO}$ = 2 8 | Bf = 2 034 mm | 2ω = 62° | TCL = 5 885 mm |

Table 24 below lists the values of the constants $K$, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 23 Aspheric coefficients that are not present in Table 24 are zero An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E-2" represents the number 1 0x10$^{-2}$

US 6,842,295 B2

**21**                                                                          **22**

TABLE 24

| # | K | A₄ | A₆ | A₈ | A₁₀ |
|---|---|---|---|---|---|
| 1 | −6 19449 | −8 44727E−3 | 2 27410E−2 | −1 27301E−2 | 2 32699E−3 |
| 2 | −9 58202E−1 | −1 93610E−1 | 7 49286E−2 | −2 07462E−2 | 2 56030E−3 |
| 3 | −1 19366 | 2 34717E−3 | −1 52130E−2 | −1 10925E−2 | 2 83169E−3 |
| 4 | 1 01569 | 1 25562E−1 | −1 12639E−1 | 2 97641E−2 | −2 74154E−3 |

FIGS. 21A–21D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 11 In FIG. 21A, the spherical aberration is shown for the e-line (λ=546 07 nm), the g-line (λ=435 8 nm), and the C-line (λ=656 3 nm) As shown in FIG. 21A the f-number of this embodiment is 2 8 In FIG. 21B, the astigmatism is shown at the e-line (λ=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 21C the distortion is shown at the e-line (λ=546 07 nm) FIG. 21D shows the lateral color at the g-line (λ=435 8 nm) and at the C-line (λ=656.3 nm) The half-image angle co for this embodiment is 30.8°.

As is clear from the lens data and aberration curves discussed above, in Embodiment 11 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained In particular, an imaging lens related to Embodiment 11 of the present invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion at the image plane can be comparatively smaller; and (2) while the length from the front end of the optical system to the image plane can be comparatively shorter, a sufficient quantity of light can be obtained by the image pickup device even at the periphery of the image plane

### Embodiment 12

FIG 9 shows the basic lens element configuration of an imaging lens of Embodiment 12 of the present invention As shown in FIG 9, the lens surface configuration near the optical axis of the object-side lens surface of the first lens element L1 is convex, and the lens surface configuration near the optical axis of the image-side lens surface of the first lens element L1 is convex Additionally, as shown in FIG 9, the lens surface configuration near the optical axis of the object-side lens surface of the second lens element L2 is convex, the lens surface configuration near the periphery of the object-side lens surface of the second lens element L2 is concave, the lens surface configuration near the optical axis of the image-side lens surface of the second lens element L2 is concave, and a lens surface configuration near the periphery of the image-side lens surface of the second lens element L2 is convex

Additionally, in Embodiment 12, as well as Embodiment 13 discussed below, preferably the following condition is satisfied:

$$\nu_1/\nu_2 > 1 \ 5 \qquad \qquad \text{Condition (1)}$$

where

$\nu_1$ is the Abbe number of the lens material of the first lens element L1 at the d-line of 587 6 nm, and

$\nu_2$ is the Abbe number of the lens material of the second lens element L2 at the d-line of 587 6 nm

Satisfying Condition (1) assists in correcting lateral color

Table 25 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index N_e (at the e-line of λ=546.1 nm) and the Abbe number Pd (at the d-line of λ=587 6 nm) of each lens element for Embodiment 12 Listed in the bottom portion of Table 25 are the focal length f, the f-number F_NO, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 12 The thickness of the glass or plastic cover plate CG is 0 50 mm and its refractive index is 1 51872

TABLE 25

| # | r | d | N_e | ν_d |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 20639 | | |
| 1 | 5 5044 | 1 51876 | 1 510812 | 56 0 |
| 2 | −4 4454 | 0 91525 | | |
| 3 | 1 8389 | 1 20089 | 1 588198 | 30 3 |
| 4 | 1 5846 | | | |
| f = 3 572 mm | F_NO = 2 8 | Bf = 1 435 mm | 2ω = 62° | TCL = 5 276 mm |

As is clear from Table 25, Embodiment 12 satisfies Condition (1) above.

Table 26 below lists the values of the constants K, A₄, A₆, A₈, and A₁₀ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 25, and Table 27 below lists the values of the constants K and A₃–A₈ used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 25 Aspheric coefficients that are not present in Tables 26 and 27 are zero An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E−2" represents the number 1.0×10⁻².

TABLE 26

| # | K | A₄ | A₆ | A₈ | A₁₀ |
|---|---|---|---|---|---|
| 1 | −6 34586 | −1 32350E−2 | −4 85461E−2 | −1 43777E−2 | 1.723241E−2 |
| 2 | −1 37158 | −1 21929E−1 | 4 13986E−2 | −1 92022E−2 | 7 99612E−4 |

TABLE 27

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 8.81571E−1 | 5 60947E−1 |
| A₃ | −4 15232E−2 | 1 14966E−2 |

US 6,842,295 B2

| 23 | | 24 |
|---|---|---|

TABLE 27-continued

| Aspheric Factor | #3 | #4 |
|---|---|---|
| $A_4$ | 2 27878E-3 | -4 55428E-2 |
| $A_5$ | -1 16759E-1 | -6 39583E-2 |
| $A_6$ | 4 86423E-3 | 6 87192E-3 |
| $A_7$ | 5 03724E-2 | 2 52552E-2 |
| $A_8$ | -2 56065E-2 | -9 54638E-3 |

FIGS. 22A–22D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 12. In FIG. 22A, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435.8 nm), and the C-line ($\lambda$=656 3 nm). As shown in FIG. 22A, the f-number of this embodiment is 2.8 In FIG. 22B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG 22C the distortion is shown at the e-line ($\lambda$=546.07 nm). FIG. 22D shows the lateral color at the g-line ($\lambda$=435 8 nm) and at the C-line ($\lambda$=656.3 nm). The half-image angle $\omega$ for this embodiment is 30.8°

As is clear from the lens data and aberration curves discussed above, in Embodiment 12 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 12 of the present

TABLE 28

| # | r | d | $N_e$ | $\nu_d$ |
|---|---|---|---|---|
| 0 (stop) | ∞ | 0 20023 | | |
| 1 | 5 114 | 1 62454 | 1 510812 | 56 0 |
| 2 | -4.7336 | 0 83316 | | |
| 3 | 1 8954 | 1 20201 | 1 588198 | 30 3 |
| 4 | 1 6914 | | | |
| f = 3 570 mm | $F_{NO}$ = 2 8 | Bf = 1 462 mm | 2ω = 62° | TCL = 5 322 mm |

As is clear from Table 28, Embodiment 13 satisfies Condition (1) above

Table 29 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (#1 and #2) of lens element L1 of Table 28, and Table 30 below lists the values of the constants K and $A_3$–$A_8$, used in Equation (A) above for each of the aspheric lens surfaces (#3 and #4) of lens element L2 of Table 28. Aspheric coefficients that are not present in Tables 29 and 30 are zero. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1 0E-2" represents the number $1.0 \times 10^{-2}$

TABLE 29

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | -6 33819 | -6 19819E-3 | -4 69325E-2 | -1 32574E-2 | 1 68264E-2 |
| 2 | -1 33683 | -1 25998E-1 | 4 53613E-2 | -1 91640E-2 | 1 03630E-3 |

invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; (3) the field curvature may be comparatively smaller; and (4) coma aberration may be sufficiently smaller to provide an excellent image

### Embodiment 13

Embodiment 13 is very similar to Embodiment 12 and differs from Embodiment 12 in its lens element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, and different optical element surface spacings. Therefore, Embodiment 13 is well shown by FIG. 9

Table 28 below lists the surface number #, in order from the object side, the radius of curvature r (in mm) of each surface near the optical axis, the on-axis surface spacing d (in mm), as well as the refractive index $N_e$ (at the e-line of $\lambda$=546 1 nm) and the Abbe number Pd (at the d-line of $\lambda$=587 6 nm) of each lens element for Embodiment 13 Listed in the bottom portion of Table 28 are the focal length f, the f-number $F_{NO}$, the back focal distance (Bf), the maximum image angle 2ω, and the total on-axis distance from the aperture diaphragm St to the image plane Simg (TCL) for Embodiment 13. The thickness of the glass or plastic cover plate CG is 0 50 mm and its refractive index is 1 51872

TABLE 30

| Aspheric Factor | #3 | #4 |
|---|---|---|
| K | 9 94497E-1 | 6 40420E-1 |
| $A_3$ | -4 41360E-2 | -5 78488E-4 |
| $A_4$ | -6 34326E-3 | -3.55185E-2 |
| $A_5$ | -1 11340E-1 | -5 40817E-2 |
| $A_6$ | 7 67245E-3 | 2.45232E-3 |
| $A_7$ | 4 74497E-2 | 2 14214E-2 |
| $A_8$ | -2 58460E-2 | -7.75838E-3 |

FIGS. 23A–23D show the spherical aberration, astigmatism, distortion, and lateral color, respectively, of the imaging lens according to Embodiment 13. In FIG. 23A, the spherical aberration is shown for the e-line ($\lambda$=546.07 nm), the g-line ($\lambda$=435 8 nm), and the C-line ($\lambda$=656 3 nm). As shown in FIG. 23A the f-number of this embodiment is 2 8 In FIG. 23B, the astigmatism is shown at the e-line ($\lambda$=546.07 nm) for both the sagittal image surface S and the tangential image surface T. In FIG. 23C the distortion is shown at the e-line ($\lambda$=546 07 nm) FIG. 23D shows the lateral color at the g-line ($\lambda$=435.8 nm) and at the C-line ($\lambda$=656 3 nm). The half-image angle co for this embodiment is 30 8°

As is clear from the lens data and aberration curves discussed above, in Embodiment 13 of the imaging lens of the present invention, the various aberrations are well corrected, and performance capabilities that are suitable for a small imaging device can be obtained. In particular, an imaging lens related to Embodiment 13 of the present

US 6,842,295 B2

25
26

invention is effective in achieving the following results as compared to other imaging lenses: (1) the distortion aberration can be comparatively smaller; (2) the length from the front end of the optical system to the image plane can be shorter; (3) the field curvature may be comparatively smaller; and (4) coma aberration may be sufficiently smaller to provide an excellent image.

The invention being thus described, it will be obvious that the same may be varied in many ways. For instance, values such as the radius of curvature r of each of the lens elements, the surface spacing d, the refractive index $N_e$, as well as the Abbe number $v_d$, are not limited to the examples indicated in each of the aforementioned embodiments, as other values can be adopted. Also, lens elements that act as lens components may variously be modified as lens components that include more than one lens element. Such variations are not to be regarded as a departure from the spirit and scope of the invention. Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents. All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. An imaging lens for an image pickup device formed of only two lens components, in order from the object side, a first lens component and a second lens component, wherein:

an aperture diaphragm is on the object side of the first lens component;

the object-side lens surface of the first lens component is aspheric;

the image-side lens surface of the first lens component is aspheric;

the object-side lens surface of the second lens component is aspheric and the lens surface configuration near the optical axis of the object-side lens surface of the second lens component is convex;

the image-side lens surface of the second lens component is aspheric; and

the lens surface configuration near the optical axis of at least one of the object-side lens surface of the first lens component, the image-side lens surface of the first lens component, and the image-side lens surface of the second lens component is concave.

2. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is convex; and

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave.

3. The imaging lens of claim 2, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

4. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

5. The imaging lens of claim 4, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

6. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is convex;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

7. The imaging lens of claim 6, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

8. The imaging lens of claim 6, wherein at least one of the lens surfaces includes a diffractive optical surface.

9. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is convex;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

10. The imaging lens of claim 9, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

US 6,842,295 B2

27

28

11. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

a lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex

12. The imaging lens of claim 11, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

13. The imaging lens of claim 11, wherein at least one of the lens surfaces includes a diffractive optical surface.

14. The imaging lens of claim 1 wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex

15. The imaging lens of claim 14, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

16. The imaging lens of claim 14, wherein at least one of the lens surfaces includes a diffractive optical surface.

17. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is convex;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex.

18. The imaging lens of claim 17, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

19. The imaging lens of claim 1, wherein the first lens component includes only one lens element and the second lens component includes only one lens element and the following condition is satisfied:

$$v_1/v_2 > 1.5$$

where

$v_1$ is the Abbe number of the lens material of the first lens element at the d-line of 587.6 nm, and

$v_2$ is the Abbe number of the lens material of the second lens element at the d-line of 587.6 nm.

20. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave; and

the lens surface configuration near the periphery of the image-side lens surface of the second lens component is convex

21. The imaging lens of claim 20, wherein at least one of the lens surfaces includes a diffractive optical surface.

22. The imaging lens of claim 1, wherein:

the lens surface configuration near the optical axis of the object-side lens surface of the first lens component is convex;

the lens surface configuration near the optical axis of the image-side lens surface of the first lens component is concave;

the lens surface configuration near the periphery of the object-side lens surface of the second lens component is concave;

the lens surface configuration near the optical axis of the image-side lens surface of the second lens component is concave;

the lens surface configuration of the intermediate portion of the image-side lens surface of the second lens component is convex; and

a lens surface configuration near the periphery of the image-side lens surface of the second lens component is concave

23. The imaging lens of claim 1, wherein the first lens component includes only one lens element and the second lens component includes only one lens element.

* * * * *

# EXHIBIT "B"

US006795253B2

(12) **United States Patent**
Shinohara

(10) Patent No.:     **US 6,795,253 B2**
(45) Date of Patent:     **Sep. 21, 2004**

(54) **IMAGING LENS**

(75) Inventor: **Yoshikazu Shinohara**, Saitama (JP)

(73) Assignee: **Fuji Photo Optical Co., Ltd.**, Saitama City (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/422,830**

(22) Filed:     **Apr. 25, 2003**

(65)     **Prior Publication Data**

US 2003/0210410 A1 Nov. 13, 2003

(30)     **Foreign Application Priority Data**

May 8, 2002   (JP) ............................. 2002-132517

(51) **Int. Cl.7** ..................... G02B 13/18; G02B 9/12
(52) **U.S. Cl.** ............................... 359/716; 359/791
(58) **Field of Search** ........................ 359/649–651, 359/716, 739, 754–756, 784, 791

(56)     **References Cited**

U.S. PATENT DOCUMENTS

5,398,136 A   *  3/1995  Ohzawa et al. ............ 359/714

5,940,219 A      8/1999  Yamada ............... 359/642
6,441,971 B2     8/2002  Ning ............... 359/739

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—William Choi
(74) *Attorney, Agent, or Firm*—Arnold International; Jon W. Henry; Bruce Y Arnold

(57)     **ABSTRACT**

An imaging lens includes, in order from the object side, a positive meniscus first lens component with its convex lens surface on the object side, a positive meniscus second lens component with its convex lens surface on the image side, and a negative third lens component with its concave lens surface on the image side. At least both lens surfaces of the negative third lens component are aspheric, and all six lens surfaces of the three lens components may be aspheric. The negative refractive power of the third lens component gradually decreases from the center of the third lens component toward the periphery of said third lens component and the peripheral region of the third lens component, outside 70% of its radius, has positive refractive power. The imaging lens may consist of only three lens components or elements. A diaphragm is positioned between the first and second lens components.

**20 Claims, 4 Drawing Sheets**

Object Side ◄—————     Image Side —————►





Fig. 1

**U.S. Patent**    Sep. 21, 2004    Sheet 2 of 4    US 6,795,253 B2



Fig. 2



| Spherical Aberration | Astigmatism | Distortion |
|:---:|:---:|:---:|
| Fig. 3A | Fig. 3B | Fig. 3C |



Fig. 4



Fig. 5



Spherical Aberration
Fig. 6A

Astigmatism
Fig. 6B

Distortion
Fig. 6C

US 6,795,253 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# IMAGING LENS

## BACKGROUND OF THE INVENTION

Conventionally, there is a technical field of imaging lenses where a short overall length and low price are demanded for use in lens modules for image acquisition that are mounted in relatively thin equipment, such as simple digital cameras, webcams for personal computers, and portable imaging systems in general. In order to satisfy this demand, previous imaging lenses have been formed in a one-piece lens construction. Because the electronic image sensing chips previously used with the lens modules were compact and had low resolution, maintaining a small image size on the image sensing chips and miniaturizing the lens systems with a small number of lens components was a priority. In previous arrangements, even with a one-piece lens construction, aberrations were acceptable and the incidence angle of light rays onto the image sensing chip was not so large as to be a problem.

However, in recent years, because the resolution and the size of the image sensing chips have increased, aberrations occurring in one-piece lenses are too large to achieve the desired optical performance. Therefore, it has become necessary to develop a lens system with a short overall length and with an optical performance that matches image sensing chips having enhanced resolution and size. Also, because when using such an image sensing chip, the principal rays need to be incident nearly normal onto the surface of the image sensing chip for all rays that are incident onto the chip, the imaging lenses need to be redesigned for the newer, larger image sensing chips.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to a compact imaging lens having a small number of lens components and a short overall length. More particularly, the present invention relates to an imaging lens for use with personal computers, and portable imaging systems in general, that has a high optical performance even with new, larger, higher resolution image sensing chips, and to an imaging lens that reduces the angle of incidence of light rays onto such an image sensing chip.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accompanying drawings which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 shows a cross-sectional view of the imaging lens according to Embodiment 1 of the present invention;

FIG. 2 is a graph that shows the aspheric shape of the image-side surface of the third lens component of the imaging lens of FIG. 1;

FIGS. 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens of FIG. 1;

FIG. 4 shows a cross-sectional view of the imaging lens according to Embodiment 2 of the present invention;

FIG. 5 is a graph that shows the aspheric shape of the image-side surface of the third lens component of the imaging lens of FIG. 4; and

FIGS. 6A–6C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens of FIG. 4.

## DETAILED DESCRIPTION

First, definitions of the terms "lens element" and "lens component" that relate to the following detailed description will be given. The term "lens element" is herein defined as a single transparent mass of refractive material having two opposed refracting surfaces, which surfaces are positioned at least generally transversely of the optical axis of the imaging lens. The term "lens component" is herein defined as (a) a single lens element spaced so far from any adjacent lens element that the spacing cannot be neglected in computing the optical image forming properties of the lens elements or (b) two or more lens elements that have their adjacent lens surfaces either in full overall contact or overall so close together that the spacings between adjacent lens surfaces of the different lens elements are so small that the spacings can be neglected in computing the optical image forming properties of the two or more lens elements. Thus, some lens elements may also be lens components. Therefore, the terms "lens element" and "lens component" should not be taken as mutually exclusive terms. In fact, the terms may frequently be used to describe a single lens element in accordance with part (a) above of the definition of a "lens component."

A general description of the preferred embodiments of the imaging lens of the present invention will now be described with reference to FIG. 1 that shows Embodiment 1. In FIG. 1, the lens elements are referenced by the symbols L1–L3 in order from the object side of the imaging lens. In accordance with the definitions of "lens component," and "lens elements" above, in the two preferred embodiments of the imaging lens of the present invention described below, lens elements L1 and L2 are also lens components. Thus, the present invention may variously be described in terms of lens elements or in terms of lens components.

A diaphragm 2 is arranged between the lens components L1 and L2. A cover glass 1 is placed on the image side of the imaging lens. The radii of curvature of the various optical elements are referenced by the letter R followed by a number denoting their order from the object side of the imaging lens, from R1 to R9. An image sensing chip 3 is placed on the image side of the cover glass 1. The on-axis surface spacings along the optical axis of the optical element and image sensing chip surfaces are referenced by the letter D followed by a number denoting their order from the object side of the imaging lens, from D1 to D9. In FIG. 1, as well as in FIG. 4, an arrow at the top left points toward the object side and an arrow at the top right points toward the image side of the imaging lens.

As shown in FIG. 1, the imaging lens of the present invention includes, in order from the object side of the imaging lens, a positive meniscus first lens component L1 with its convex lens surface on the object side, a positive meniscus second lens component L2 with its convex lens surface on the image side, and a negative third lens component L3 with a concave lens surface on the image side. Both lens surfaces of the negative third lens component L3 are aspheric, the aspheric lens surfaces are formed so that the negative refractive power of the third lens component L3 gradually decreases from the lens center toward the periphery, and the peripheral region has positive refractive power in order to efficiently converge a light beam that is parallel to the optical axis X to an image forming position P of the image sensing chip 3. Other lens surfaces may also be

3

aspheric lens surfaces. Aspheric lens surfaces of the present invention satisfy the following equation:

$$Z=[(CY^2)/\{1+(1-K\ C^2\ Y^2)^{1/2}\}]+A_4Y^4+A_6Y^6+A_8Y^8+A_{10}Y^{10} \qquad \text{Equation (A)}$$

where

Z is the length (in mm) of a line drawn from a point on the aspheric lens surface at a distance Y from the optical axis to the tangential plane of the aspheric surface vertex,

C is the curvature (=1/the radius of curvature, r) of the aspheric lens surface near the optical axis,

Y is the distance (in mm) from the optical axis,

K is the eccentricity, and

$A_4$, $A_6$, $A_8$, and $A_{10}$ are the fourth, sixth, eighth, and tenth aspheric coefficients.

Although three lens components are used in the two preferred embodiments of the present invention to achieve the desired optical performance, by making the refractive powers of two positive lenses of the first lens component L1 and second lens component L2 to be relatively strong, the overall length of the imaging lens can be made small. Also, by making the third lens component L3 so as to have negative refractive power with a concave lens surface on the image side, with two aspheric lens surfaces so that the negative refractive power gradually decreases from the lens center toward the periphery and the peripheral region has positive refractive power, the image surface can be made flat. A flat image surface is advantageous in forming an image on an image sensing chip having a planar detecting surface. If the third lens component L3 had only positive refractive power, the in-focus region of the image surface would be shifted toward the object side in its center region relative to the in-focus region in the periphery, degrading the optical performance. Forming the third lens component L3 so that its negative refractive power gradually decreases from its center toward its periphery and forming the peripheral region of positive refractive power has not only the effect of flattening the image surface through the effective use of positive power in the peripheral region, but also improves the peripheral image quality.

Additionally, with regard to the incident angle of the principal ray from the imaging lens to the image sensing chip 3, if light from two positive lens components L1 and L2 directly reached the image sensing chip 3, the incident angle would be too large. In the present invention, because the third lens component L3 is placed on the image side of the positive lens component L2 and is formed with an aspheric lens surface with a central region that has negative refractive power that gradually decreases from the lens center toward the periphery so that a peripheral region has positive refractive power, the incident angle of light rays onto the image sensing chip 3 is kept small. This causes the exit pupil of the imaging lens to be remote from the image sensing chip 3.

The imaging lens of the present invention is compact, has a small number of lenses and a short overall length, and provides high optical performance even for large image sensing chips while reducing the incident angle of principal light rays onto the image sensing chip. Note that a lens component, such as the third lens component L3 which has negative refractive power in a central region and positive refractive power in a peripheral region due to its having a cross-sectional curved surface with a point of inflection on at least one lens surface may be limited. However, its use is advantageous in the present invention, where a compact lens is a first priority and the required standard of optical performance can be reliably achieved.

4

Preferably, as shown in FIG. 1, the object-side lens surface and the image-side lens surface of the third lens component L3 have similar cross-sectional shapes that extend roughly parallel to one another from the central region to the peripheral region. By being formed in this manner, the third lens component L3 provides excellent correction for curvature of field as well as an exit pupil that is remote from the image sensing chip.

Additionally, the image-side lens surface of the third lens component L3 has an aspheric shape that satisfies the following condition:

$$0.7\ H<|DZ|_{-0}<1.0\ H \qquad \text{Condition (1)}$$

where

H is the effective lens radius of the third lens component L3, and

$DZ|_{-0}$ is the distance from the optical axis to a point on the aspheric lens surface where the inclination DZ of the tangential plane at that point is zero relative to the tangential plane at the apex of the aspheric lens surface (i.e., a plane perpendicular to the optical axis).

Note that the term "effective lens radius" in the definitions of H above denotes the radius of the effective aperture of the lens.

As stated above, the third lens component L3 which has negative refractive power in a central region and positive refractive power in a peripheral region has at least one lens surface with a cross-sectional shape defining a curve with a point of inflection. Although theoretically it is preferable to form both lens surfaces with such a point of inflection, practically it may be preferable to form only the image-side lens surface in that manner. Satisfying Condition (1) means that the distance from the optical axis X of a point on the aspheric surface where the curve has a point of inflection, that is, where the inclination DZ of the tangential plane at that point relative to the tangential plane of the apex of the aspheric surface (a plane perpendicular to the optical axis) is zero is set within the effective diameter of the lens at a distance greater than 70% of the effective radius of the lens component. In this manner, in the third lens component L3, the lens region that has positive refractive power is set at a relatively distant position from the optical axis X. Thus, principal light rays in the peripheral region have angles of incidence that are nearly normal to the surface of the image sensing chip, making a remote exit pupil possible and thereby improving the correction of curvature of field.

Two preferred embodiments of the imaging lens of the present invention will now be described with reference to FIGS. 1–6.

Embodiment 1

FIG. 1 shows the basic lens element configuration of an imaging lens of Embodiment 1 of the present invention. In Embodiment 1, all lens surfaces of the three lens components L1–L3 are aspheric.

Table 1 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each optical surface at the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ (at the d-line of λ=587.6 nm) and the Abbe number $ν_d$ (at the d-line of λ=587.6 nm) of each optical element for Embodiment 1. The values in Table 1 are normalized to a focal length of the imaging lens as a whole of 1.0 mm.

US 6,795,253 B2

5

6

TABLE 1

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1* | 0.4963 | 0.23690 | 1.568653 | 58.7 |
| 2* | 1.0069 | 0.10531 | | |
| 3 | ∞(stop) | 0.17996 | | |
| 4* | –0.5958 | 0.39086 | 1.568653 | 58.7 |
| 5* | –0.3790 | 0.03277 | | |
| 6* | 0.7110 | 0.26096 | 1.508692 | 56.0 |
| 7* | 0.4115 | 0.22377 | | |
| 8 | ∞ | 0.11189 | 1.516329 | 64.1 |
| 9 | ∞ | 0.05329 | | |

Table 2 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (those designated with an asterisk to the right of the surface number #) of Table 1. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E2" represents the number $1.0 \times 10^2$.

TABLE 2

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 2.035497 | 0.1416509 | –5.419014 | 9.363338E1 | –3.618564E2 |
| 2 | 2.712492 | 3.067998 | 2.097959E1 | 3.342231E2 | 6.636590E2 |
| 4 | –11.669500 | –6.880247 | 2.894120E1 | 2.229366E2 | 1.034822E3 |
| 5 | 0.775006 | 1.270864 | 2.336903E1 | –2.821096E2 | 1.424845E3 |
| 6 | –9.204000 | 9.671391 | –9.046550 | 2.877982E1 | –2.848722E1 |
| 7 | 0.144000 | –4.705132 | 1.430551E1 | –3.121113E1 | 2.529566E1 |

FIG. 2 is a graph that shows the aspheric shape of the image-side surface of the third lens component L3 of the imaging lens of FIG. 1. In FIG. 2, a solid line curve DZ indicates the inclination of the tangential plane at different off-axis points on the aspheric lens surface of the third lens component L3 relative to the tangential plane at the apex of the aspheric surface (i.e., a plane perpendicular to the optical axis), the horizontal axis indicates the distance relative to the effective radius H of off-axis points of the third lens L3 with the maximum of the effective radius H being normalized as 1.00, and the vertical axis indicates the value of the inclination at that off-axis point. Also, a dotted line curve Z indicates the depth of the aspheric surface (vertical axis) versus the distance relative to the effective radius H (horizontal axis) of the third lens L3, with the maximum value of the effective radius H normalized as 1.00. With regard to dotted line curve Z, the vertical axis indicates the length of a perpendicular line from a point on the aspheric lens surface extended onto the tangential plane at the apex of the aspheric lens surface (i.e., a plane perpendicular to the optical axis), that is, the depth of the aspheric surface with the maximum value of the effective radius H normalized as 1.00. As shown in FIG. 2, the curve DZ intersects the horizontal axis at about 0.96 so that the DZ|$_{=0}$ value satisfies Condition (1).

FIGS. 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens according to

Embodiment 1. In FIG. 3A, the spherical aberration is shown for an f-number of 2.42. In FIG. 3B, the astigmatism for the sagittal image surface is shown by the solid line curve and the astigmatism for the tangential image surface is shown by the dash line curve. In FIGS. 3B and 3C, the half-image angle ω is 32.8°.

Embodiment 2

FIG. 4 shows the basic lens element configuration of an imaging lens of Embodiment 2 of the present invention. Embodiment 2 is very similar to Embodiment 1 and differs from Embodiment 1 in its optical element configuration only by different radii of curvature of lens surfaces, different eccentricities and aspheric coefficients of the aspheric lens surfaces, different optical element surface spacings, and some different indexes of refraction and Abbe numbers.

Table 3 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each optical surface at the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ (at the d-line of λ=587.6 nm) and the Abbe number $v_d$ (at the d-line of λ=587.6 nm) of each optical element for Embodiment 2. The values in Table 3 are normalized to a focal length of the imaging lens as a whole of 1.0 mm.

TABLE 3

| # | R | D | $N_d$ | $v_d$ |
|---|---|---|---|---|
| 1* | 0.5313 | 0.17879 | 1.755826 | 52.4 |
| 2* | 0.8994 | 0.10547 | | |
| 3 | ∞(stop) | 0.16700 | | |
| 4* | –0.6317 | 0.40124 | 1.614677 | 60.6 |
| 5* | –0.4395 | 0.09181 | | |
| 6* | 0.7177 | 0.19099 | 1.508692 | 56.0 |
| 7* | 0.5373 | 0.22354 | | |
| 8 | ∞ | 0.11177 | 1.516329 | 64.1 |
| 9 | ∞ | 0.10701 | | |

Table 4 below lists the values of the constants K, $A_4$, $A_6$, $A_8$, and $A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces (those designated with an asterisk to the right of the surface number #) of Table 3. An "E" in the data indicates that the number following the "E" is the exponent to the base 10. For example, "1.0E2" represents the number $1.0 \times 10^2$.

7                                                                    8

TABLE 4

| # | K | $A_4$ | $A_6$ | $A_8$ | $A_{10}$ |
|---|---|---|---|---|---|
| 1 | 2.437886 | −5.096744E-2 | −3.672974 | 1.290241E2 | −5.328737E2 |
| 2 | 2.712599 | 2.265553 | 2.543207E1 | 3.400884E2 | 6.703048E2 |
| 4 | −11.679000 | −6.865530 | 3.071079E1 | −6.585477E1 | 9.115346E2 |
| 5 | 0.871992 | 0.2298116 | 3.109354E1 | −3.117176E2 | 1.225756E3 |
| 6 | −9.300790 | 3.021589 | −2.106266E1 | 6.282047E1 | −6.614596E1 |
| 7 | 0.338821 | −0.2092383 | −1.328609E1 | 4.455271E1 | −5.151744E1 |

FIG. 5 is a graph that shows the aspheric shape of the image-side surface of the third lens component L3 of the imaging lens of FIG. 4. In FIG. 5, a solid line curve DZ indicates the inclination of the tangential plane at different off-axis points on the aspheric lens surface of the third lens component L3 relative to the tangential plane at the apex of the aspheric surface (a plane perpendicular to the optical axis), where the horizontal axis indicates the distance relative to the effective radius H of off-axis points of the third lens L3 in terms of the ratio with the maximum of the effective radius H normalized as 1.00, and the vertical axis indicates the value of the inclination at that off-axis point. Also, a dotted line curve Z indicates the depth of the aspheric surface, using the horizontal axis that indicates the distance relative to the effective radius H of the third lens L3 in terms of the ratio with the maximum value of the effective radius H normalized as 1.00. With regard to dotted line curve Z, the vertical axis indicates the length of a perpendicular line from a point on the aspheric lens surface extended onto the tangential plane at the apex of the aspheric lens surface (a plane perpendicular to the optical axis), that is, the depth of the aspheric surface in terms of the ratio with the maximum value of the depth of this aspheric surface normalized as 1.00. As shown in FIG. 5, the curve DZ intersects with the horizontal axis at about 0.96 so that the DZ|_0 value satisfies Condition (1).

FIGS. 6A–6C show the spherical aberration, astigmatism, and distortion, respectively, of the imaging lens according to Embodiment 2. In FIG. 6A, the spherical aberration is shown for an f-number of 2.84. In FIG. 6B, the astigmatism for the sagittal image surface is shown by the solid line curve and the astigmatism for the tangential image surface is shown by the dash line curve. In FIGS. 6B and 6C, the half-image angle ω is 32.4°.

The invention being thus described, it will be obvious that the same may be varied in many ways. For instance, values such as the radius of curvature R of each of the lens elements, the surface spacing D, the refractive index $N_d$, as well as the Abbe number $ν_d$, are not limited to the examples indicated in each of the aforementioned embodiments, as other values can be adopted. Also, lens elements that act as lens components may variously be modified as lens components that include more than one lens element. Additionally, the number and locations of the various aspheric lens surfaces can be varied, although preferably both lens surfaces of the image-side lens component are aspheric and, as indicated in the preferred embodiments discussed above, desirably the lens surfaces of the other lens components are also aspheric lens surfaces in order to improve the optical performance of the imaging lens. Also, the lens materials are not limited to glass, but plastic may also be used as a lens material. In that case, glass and plastic may be used for lens materials of different lens components or all the lens components may be made of plastic

Additionally, if a lens component would be made of more than one lens element, the lens component may include both plastic and glass lens elements or may be made of all plastic lens elements or all glass lens elements. Such variations are not to be regarded as a departure from the spirit and scope of the invention. Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents. All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. An imaging lens comprising, in order from the object side and without any intervening lens components, the following:

a first lens component of positive refractive power and a meniscus shape with its convex lens surface on the object side;

a second lens component of positive refractive power and a meniscus shape with its convex lens surface on the image side; and

a third lens component of negative refractive power and having a concave lens surface on the image side;

wherein

both lens surfaces of said third lens component are aspheric; and

the negative refractive power of said third lens component gradually decreases from the center of said third lens component toward the periphery of said third lens component and the peripheral region of said third lens component has positive refractive power.

2. The imaging lens of claim 1, wherein each of said first lens component, said second lens component, and said third lens component consist of one lens element.

3. The imaging lens of claim 1, wherein said imaging lens includes only three lens components.

4. The imaging lens of claim 1, wherein said imaging lens consists of three lens elements.

5. The imaging lens of claim 1, wherein a diaphragm is positioned between the first and second lens components.

6. The imaging lens of claim 2, wherein a diaphragm is positioned between the first and second lens components.

7. The imaging lens of claim 3, wherein a diaphragm is positioned between the first and second lens components.

8. The imaging lens of claim 4, wherein a diaphragm is positioned between the first and second lens components.

9. The imaging lens of claim 1, wherein both lens surfaces of the first and second lens components are aspheric.

10. The imaging lens of claim 2, wherein both lens surfaces of the first and second lens components are aspheric.

US 6,795,253 B2

**9**

11. The imaging lens of claim **1**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H \qquad 5$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

12. The imaging lens of claim **2**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H \qquad 20$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

13. The imaging lens of claim **3**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H \qquad 35$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

14. The imaging lens of claim **4**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H \qquad$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

15. The imaging lens of claim **5**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H \qquad$$

where

H is the effective lens radius of said third lens component, and

**10**

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis.

16. The imaging lens of claim **6**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

17. The imaging lens of claim **7**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

18. The imaging lens of claim **8**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

19. The imaging lens of claim **9**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0.7H < DZ|_{=0} < 1.0H$$

where

H is the effective lens radius of said third lens component, and

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

US 6,795,253 B2

11

**20**. The imaging lens of claim **10**, wherein the imaging lens includes an optical axis and the following condition is satisfied:

$$0\ 7\ H < DZ|_{=0} < 1\ 0\ H \qquad 5$$

where

H is the effective lens radius of said third lens component, and

12

$DZ|_{=0}$ is the distance from the optical axis to a point on the aspheric image-side lens surface of said third lens component where the inclination of the tangential plane at said point is zero relative to the tangential plane at the apex of said aspheric image-side lens surface that is a plane perpendicular to the optical axis

\* \* \* \* \*

# EXHIBIT "C"

US006961191B2

(12) **United States Patent**        (10) **Patent No.:**     **US 6,961,191 B2**
Sato                                 (45) **Date of Patent:**      **Nov. 1, 2005**

(54) **SINGLE FOCUS LENS**

(75) Inventor: **Kenichi Sato**, Ageo (JP)

(73) Assignee: **Fujinon Corporation**, Saitama (JP)

( * ) Notice:  Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/790,758**

(22) Filed: **Mar. 3, 2004**

(65)        **Prior Publication Data**

US 2004/0190162 A1  Sep. 30, 2004

(30)      **Foreign Application Priority Data**

Mar. 31, 2003   (JP) .......................... 2003-094151

(51) Int. Cl.⁷ .................... **G02B 9/14**; G02B 9/12
(52) U.S. Cl. ............... **359/785**; 359/792; 359/784
(58) Field of Search ....................... 359/785, 792,
359/784

(56)          **References Cited**

U.S. PATENT DOCUMENTS

5,940,219 A   8/1999  Yamada ............. 359/642

FOREIGN PATENT DOCUMENTS

| JP | 10-48516 | 2/1998 |
|----|----------|--------|
| JP | 10-293253 | 11/1998 |
| JP | 2000-284177 | 10/2000 |
| JP | 2002-517773 | 6/2002 |
| JP | 2002-221659 | 8/2002 |

*Primary Examiner*—David N. Spector
(74) *Attorney, Agent, or Firm*—Arnold International; Jon
W. Henry; Bruce Y. Arnold

(57)          **ABSTRACT**

A single focus lens includes, in order from the object side:
a first lens component of positive refractive power with a
convex surface on the object side; a diaphragm stop; a
second lens component that is made of plastic, has at least
one aspheric surface and a meniscus shape, and has a
concave surface on the object side near the optical axis; and,
a third lens component of positive refractive power with two
aspheric surfaces, one of which is convex on the object side
near the optical axis. Each lens component that forms the
single focus lens may consist of a lens element. Specified
conditions are satisfied in order to reduce aberrations, to
insure that the light rays at the image plane are substantially
orthogonal to the image plane, and to insure that a sufficient
back focus is provided to allow for insertion of other optical
elements.

**20 Claims, 2 Drawing Sheets**





Fig. 1



Fig. 2




FNO. =4. 80

d

g

C

−0. 2mm    0. 2mm

Spherical Aberration
Fig. 3A

ω=28. 5°

—— S
---- T

−0. 2mm    0. 2mm

Astigmatism
Fig. 3B

ω=28. 5°

−5%    5%

Distortion
Fig. 3C




FNO. =4. 80

d

g

C

−0. 2mm    0. 2mm

Spherical Aberration
Fig. 4A

ω=28. 8°

—— S
---- T

−0. 2mm    0. 2mm

Astigmatism
Fig. 4B

ω=28. 8°

−5%    5%

Distortion
Fig. 4C

US 6,961,191 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SINGLE FOCUS LENS

## BACKGROUND OF THE INVENTION

In recent years, with the proliferation of personal computers into homes, digital still cameras (hereinafter referred to simply as digital cameras) that enable input of picture image information, such as photographed scenery, a portrait, or the like, into a personal computer are rapidly becoming more popular. Further, with the development of higher performance mobile cellular telephones, portable modular cameras for mounting in such cellular telephones and providing picture image input have also become more common.

An image pickup element, such as a CCD (Charge Coupled Device) or a CMOS (Complementary-Metal Oxide Semiconductor), is used in these cameras. Advancements in the miniaturization of camera elements in recent years have allowed these cameras to be designed to be extremely miniaturized as a whole. Further, advancements in achieving a larger number of pixels in the same size image pickup element has led to the development of higher image resolution and higher performance.

Japanese Laid-Open Patent Application H10-48516, Japanese Laid-Open Patent Application 2002-221659, and U.S. Pat. No. 6,441,971 describe exemplary imaging lenses for such cameras that include only three lens elements. Additionally, Japanese Laid-Open Patent Application 2002-517773 describes an imaging lens that includes only four lens elements. In the imaging lens described in Japanese Laid-Open Patent Application H10-48516, the stop is positioned between the second and third lens elements, in order from the object side. In the imaging lenses described in Japanese Laid-Open Patent Applications 2002-221659 and 2002-517773, the stop is positioned between the first and second lens elements in order from the object side. In the imaging lens described in U.S. Pat. No. 6,441,971, the stop is positioned on the object side of the first lens element in order from the object side. All of the imaging lenses described in the four patent documents discussed above have a lens element with a meniscus shape at the extreme object side of the imaging lens.

Advances in miniaturization and larger numbers of pixels in the image pickup element have increased the need for imaging lenses, especially for digital cameras, with higher resolution performance and more compactness. At the same time, although cost and compactness have been the primary requirements for the imaging lens of a portable modular camera, as advancements providing larger numbers of pixels in image pickup elements continue in portable modular cameras, the demand for improvement of optical performance has also increased recently.

Accordingly, the development of a wide variety of imaging lenses based on a comprehensive consideration of cost, performance and compactness is required. The development of an imaging lens that is low in cost and which also has high performance is required, along with satisfying the requirements of compactness that enable mounting the imaging lens in, for example, a portable modular camera, as well as giving ample consideration of the optical performance for mounting the imaging lens in a digital camera.

In response to such demands, a three-lens or a four-lens construction may be used in order to satisfy the requirements of compactness and low cost, and consideration can be given to the aggressive use of aspheric surfaces in order to achieve

However, because the use of aspheric surfaces is disadvantageous from the manufacturing point of view and it may easily increase cost, sufficient consideration should be given to manufacturing issues before a particular design using aspheric surfaces is approved for mass production.

The imaging lenses described in each of the patent documents discussed above include aspheric surfaces in their three-lens and four-lens constructions, but, for example, in order to achieve favorable optical performance, the compactness of the imaging lenses becomes unfavorable. Generally, with a lens having a three-lens construction, even if there is adequate optical performance for a portable modular camera, the performance is inadequate for use in a digital camera. Additionally, with an imaging lens having a four-lens construction, although the optical performance can be improved over a three-lens construction, the cost and size of the imaging lens increase.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to a single focus lens that can be compact, uses a small number of lens components and lens elements, can be manufactured at low cost, and can achieve high optical performance by particular use of aspheric lens surfaces. The present invention relates particularly to such a single focus lens that can be mounted in small image capturing devices.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given below and the accompanying drawings, which are given by way of illustration only and thus are not limitative of the present invention, wherein:

FIG. 1 shows a cross-sectional view of the single focus lens according to Embodiment 1;

FIG. 2 shows a cross-sectional view of the single focus lens according to Embodiment 2;

FIGS. 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the single focus lens according to Embodiment 1; and

FIGS. 4A–4C show the spherical aberration, astigmatism, and distortion, respectively, of the single focus lens according to Embodiment 2.

## DETAILED DESCRIPTION

A general description of preferred embodiments of the single focus lens of the present invention will now be described with reference to FIG. 1. FIG. 1 shows a cross-sectional view of the single focus lens of Embodiment 1. In FIG. 1, the lens elements of the single focus lens are referenced by the symbols G1 to G3, in order from the object side of the single focus lens along the optical axis Z1. Additionally, a cover glass on the image side of the third lens element G3 is referenced by the symbol CG. The radii of curvature of the lens elements G1 to G3 and the cover glass CG are referenced by the letter R followed by a number denoting their order from the object side of the single focus lens, from R1 to R8. The on-axis surface spacings along the optical axis Z1 between the surfaces of the optical elements are referenced by the letter D followed by a number denoting their order from the object side of the single focus lens, from D1 to D7. The single focus lens further includes a diaphragm stop St between the first lens element G1 and the second lens element G2 that operates as an aperture stop.

US 6,961,191 B2

3

given The term "lens element" is herein defined as a single transparent mass of refractive material having two opposed refracting surfaces, which surfaces are positioned at least generally transversely of the optical axis of the single focus lens. The term "lens component" is herein defined as (a) a single lens element spaced so far from any adjacent lens element that the spacing cannot be neglected in computing the optical image forming properties of the lens elements or (b) two or more lens elements that have their adjacent lens surfaces either in full overall contact or overall so close together that the spacings between adjacent lens surfaces of the different lens elements are so small that the spacings can be neglected in computing the optical image forming properties of the two or more lens elements Thus, some lens elements may also be lens components Therefore, the terms "lens element" and "lens component" should not be taken as mutually exclusive terms In fact, the terms may frequently be used to describe a single lens element in accordance with part (a) above of the definition of a "lens component."

In accordance with the definitions of "lens component," and "lens element" above, lens elements may also be lens components Thus, the present invention may variously be described in terms of lens elements or in terms of lens components

The single focus lens of the present invention can be used, for example, in a digital camera or a portable modular camera that uses an image pickup element such as a CCD or CMOS As shown in FIG. I, the single focus lens includes, arranged in order from the object side along the optical axis Z1, a first lens element G1, a diaphragm stop S1, a second lens element G2, and a third lens element G3 An image pickup element, such as a CCD (not shown in the drawings) is arranged at the image plane of the single focus lens A cover glass CG is arranged at or adjacent the image plane so as to protect the image-detecting elements of the CCD. In addition to the cover glass CG, other optical elements such as an infrared cut-off filter and/or a low-pass filter may also be arranged between the third lens element G3 and the image plane

The first lens element G1 of positive refractive power has its object-side surface convex. The first lens element G1 has, for example, a meniscus shape.

The second lens element G2 is made of plastic, has at least one surface that is aspheric, has a meniscus shape with its concave surface on the object side and may have either positive or negative refractive power near the optical axis The term "near the optical axis" is herein defined as a central region that surrounds the optical axis but excludes a substantial peripheral region surrounding the central region At the peripheral region, the curvature of the lens surface and the refractive power of the lens element may or may not be of the same magnitude or even of the same sign, that is, either positive or negative in sign, as at the central region that is near the optical axis In particular, the curvature and refractive power may vary based on the lens surface being aspheric. More specifically, in the present invention, when making both surfaces of the second lens element G2 to be aspheric, it is preferable that within an effective aperture range of the single focus lens, the absolute value of the negative refractive power of the object-side surface of the second lens element G2 decreases in a direction from the optical axis toward the periphery of the second lens element G2 and the positive refractive power of the image-side surface of the second lens element G2 decreases in a direction from the optical axis toward the periphery of the second lens element G2

4

a convex surface near the optical axis on the object side It is preferable that, within an effective aperture range of the single focus lens, the positive refractive power of the object-side surface of the third lens element decreases in a direction from the optical axis toward the periphery of the third lens element

Preferably, both surfaces of the second lens element G2 and at least the object-side surface of the third lens element G3 are aspheric, as described above, and more preferably, as described above, both surfaces of the third lens element G3 are aspheric

The lens surfaces that are aspheric are defined using the following equation:

$$Z=[(CY^2)/\{1+(1-K\,C^2\,Y^2)^{1/2}\}]+\Sigma(Ai\,|Y^i|) \qquad \text{Equation (A)}$$

where

Z is the length (in mm) of a line drawn from a point on the aspheric lens surface at a distance Y from the optical axis to the tangential plane of the aspheric surface vertex,

C is the curvature (=1/the radius of curvature, R) of the aspheric lens surface on the optical axis,

Y is the distance (in mm) from the optical axis,

K is the eccentricity, and

$A_i$ is the ith aspheric coefficient, and the summation extends over i.

In the embodiments of the invention disclosed below, aspheric coefficients other than $A_3$–$A_{10}$ are zero and for some lens surfaces only even-numbered aspheric coefficients of the aspheric coefficients $A_3$–$A_{10}$ are non-zero More specifically, in the disclosed embodiments, the aspheric shapes of both surfaces of the second lens element G2 are expressed by using non-zero, even-numbered aspheric coefficients $A_4$, $A_6$, $A_8$, and $A_{10}$ Also, the aspheric shapes of both surfaces of the third lens element G3 are expressed by using non-zero, aspheric coefficients $A_3$–$A_{10}$

The single focus lens of the present invention satisfies the following condition:

$$0.8 < f1/f < 2.0 \qquad \text{Condition (1)}$$

where

f1 is the focal length of the first lens element G1, and

f is the focal length of the entire single focus lens.

If the ratio of Condition (1) is larger than the upper limit of Condition (1), the refractive power of the first lens element G1 becomes too small, making correction of the distortion aberration difficult Additionally, it is generally preferred with a digital camera or similar imaging device that uses an image pickup element such as a CCD that the optical path of the light rays be orthogonal or nearly orthogonal to the image plane, defining a telecentric state on the image side If the ratio of Condition (1) is smaller than the lower limit of Condition (1), the incident angle of light rays onto the detecting surfaces of the image detector at the image plane become undesirably large, failing to satisfy the requirements of orthogonality and telecentricity

Preferably, the single focus lens also satisfies the following condition:

$$0.5 < (|R2|-R1)/(R1+|R2|) \qquad \text{Condition (2)}$$

where

R1 is the radius of curvature of the object-side surface of the first lens element G1, and

US 6,961,191 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

If Condition (2) is not satisfied, the correction of aberrations, particularly distortion aberration, becomes difficult

Additionally, preferably the following condition is satisfied:

$$1 5 < f3/f < 3.0 \qquad \text{Condition (3)}$$

where

f3 is the focal length of the third lens element G3, and
f is as defined above.

If the ratio of Condition (3) is larger than the upper limit of Condition (3), the incident angle of the light rays onto the detecting surface of the image pickup element at the image plane becomes undesirably large, failing to satisfy the requirements of orthogonality and telecentricity, as discussed previously with regard to Condition (1) Additionally, generally, with an optical system that uses an image pickup element, it is common for an optical element, such as an infrared cut-off filter or a cover glass, to be placed between the image-side lens element and the image plane. Therefore, an adequate back focus distance to make room for these optical elements is necessary If the ratio of Condition (3) is smaller than the lower limit of Condition (3), the third lens element G3 becomes too close to the image plane, not leaving enough room for these optical elements.

Ease of manufacturing and low cost are primary considerations in construction of the first lens element G1. Glass is the preferred material of the first lens element G1 and spherical is the preferred shape, particularly glass that can be ground and polished to a desired spherical shape On the other hand, the second lens element G2 and the third lens element G3 are preferably made of an optical resin material, i e , plastic suitable for lenses, that is formed into the desired aspheric shapes

Placing the stop St between the first lens element G1 and the second lens element G2 improves the optical performance near the optical axis Further, by using an aspheric surface in each of the second lens element G2 and the third lens element G3, a significant aberration correction effect can be achieved In addition, making the aspheric shapes of the lens elements particular shapes so that the refractive power of each aspheric lens surface differs substantially between the central portion near the optical axis and the peripheral portion greatly improves the favorable correction of aberrations, especially the correction of distortion.

A single focus lens constructed as described above may include a small number of lens elements, be compact enough for a portable modular camera, and be produced at low cost but, in addition, through particular use of aspheric surfaces and by satisfying various requirements as described above, it may also achieve a high optical performance that is suitable for digital cameras

Embodiments 1 and 2 of the present invention will now be individually described with further reference to the draw-

above, it is understood that lens elements described below are also lens components and may variously be replaced by lens components that include more than one lens element.

### Embodiment 1

FIG 1 shows Embodiment 1 of the present invention Table 1 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each surface near the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ and the Abbe number $v_d$ (both at the d-line of 587 6 nm) of each optical element for Embodiment 1 Listed in the bottom portion of Table 1 are the focal length f, the f-number $F_{NO}$, and the maximum field angle 2ω

#### TABLE 1

| # | R | D | $N_d$ | $v_d$ |
|---|-----|-----|-----|-----|
| 1 | 3 6684 | 2 00 | 1 48749 | 70 4 |
| 2 | 46.1708 | 1 76 | | |
| 3* | −1 3669 | 1 00 | 1 50869 | 56 0 |
| 4* | −1 7581 | 0 10 | | |
| 5* | 2 4462 | 1 65 | 1 50869 | 56 0 |
| 6* | 3 0652 | 1 84 | | |
| 7 | ∞ | 1 00 | 1 51680 | 64 2 |
| 8 | ∞ | | | |

f = 6 13 mm
$F_{NO}$ = 4 8
2ω = 56 9°

The surfaces with a * to the right of the surface number in Table 1 are aspheric lens surfaces, and the aspheric surface shape is expressed by Equation (A) above

Table 2 below lists the values of the constants K, and $A_3$–$A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 1 Aspheric coefficients that are not present in Table 2 are zero An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E-2" represents the number 1 0×10⁻²

#### TABLE 2

| # | K | $A_3$ | $A_4$ | $A_5$ | $A_6$ | $A_7$ | $A_8$ | $A_9$ | $A_{10}$ |
|---|------|-------|-------|-------|-------|-------|-------|-------|--------|
| 3 | −2 3107 | 0 | −4 1808E−2 | 0 | 1 3571E−2 | 0 | −1 8601E−3 | 0 | 1 4069E−4 |
| 4 | −2 2145 | 0 | −6 7017E−2 | 0 | 3 0785E−2 | 0 | −6 7234E−3 | 0 | 5 6865E−4 |
| 5 | −2 3181 | −1 2792E−3 | −3 7406E−2 | 2 9960E−2 | −1 2381E−2 | 6 6544E−3 | −0 0034 | 9 5797E−4 | −1 0389E−4 |
| 6 | −0 9217 | 2 3564E−2 | −5 4381E−2 | 7 8752E−3 | 8 2521E−3 | −2 3741E−3 | −0 0009 | 5 1435E−4 | −7 0501E−5 |

The single focus lens of Embodiment 1 satisfies Conditions (1)–(3) above, as set forth in Table 3 below

#### TABLE 3

| Condition No | Condition | Value |
|---|---|---|
| (1) | 0.8 < f1/f < 2.0 | 1 31 |
| (2) | 0 5 < (|R2| − R1)/(R1 + |R2|) | 0 85 |
| (3) | 1 5 < f3/f < 3 0 | 2 05 |

FIGS 3A–3C show the spherical aberration, astigmatism, and distortion, respectively, of the single focus lens according to Embodiment 1 In FIG 3A, the spherical aberration is shown for the d-line (λ=587 6 nm), the g-line (λ=435 8 nm), and the C-line (λ=656 3 nm) As shown in FIG 3A, the f-number is 4 80 In FIG 3B, the astigmatism is shown at the

US 6,961,191 B2

7

shown at the d-line (λ=587 6 nm) The half-field angle ω for FIGS 3B and 3C is 28 5°

As is clear from the lens data and aberration curves discussed above, in Embodiment 1 the various aberrations are favorably corrected, and performance capabilities that are suitable for a compact single focus lens can be obtained

### Embodiment 2

FIG 2 shows Embodiment 2 of the present invention Table 4 below lists the surface number #, in order from the object side, the radius of curvature R (in mm) of each surface near the optical axis, the on-axis surface spacing D (in mm), as well as the refractive index $N_d$ and the Abbe number $v_d$ (both at the d-line of 587 6 nm) of each optical element for Embodiment 2 Listed in the bottom portion of Table 4 are the focal length f, the f-number $F_{NO}$, and the maximum field angle 2ω

TABLE 4

| # | R | D | $N_d$ | $v_d$ |
|---|------|------|---------|------|
| 1 | 5 0613 | 2 00 | 1 75500 | 52 3 |
| 2 | 22 0996 | 1 74 | | |
| 3* | –1 5385 | 1 00 | 1 50869 | 56 0 |
| 4* | –1 8678 | 0 10 | | |
| 5* | 2 6527 | 1 65 | 1 50869 | 56 0 |
| 6* | 3 4812 | 1 84 | | |
| 7 | ∞ | 1 00 | 1 51680 | 64 2 |
| 8 | ∞ | | | |

f = 6 00 mm
$F_{NO}$ = 4.8
2ω = 57.6°
The surfaces with a * to the right of the surface number in Table 4 are aspheric lens surfaces, and the aspheric surface shape is expressed by Equation (A) above

Table 5 below lists the values of the constants K, and $A_3$–$A_{10}$ used in Equation (A) above for each of the aspheric lens surfaces of Table 4 Aspheric coefficients that are not present in Table 5 are zero An "E" in the data indicates that the number following the "E" is the exponent to the base 10 For example, "1 0E-2" represents the number "1 0×10⁻²".

TABLE 5

| # | K | $A_3$ | $A_4$ | $A_5$ | $A_6$ | $A_7$ | $A_8$ | $A_9$ | $A_{10}$ |
|---|------|--------|-----------|-----------|-----------|-----------|-----------|----------|-----------|
| 3 | –3 1798 | 0 | –3 7487E-2 | 0 | 1 3890E-2 | 0 | –1 8509E-3 | 0 | 1 4069E-4 |
| 4 | –3 0881 | 0 | –6 6236E-2 | 0 | 3 1347E-2 | 0 | –6 5751E-3 | 0 | 5 8700E-4 |
| 5 | –3 2406 | 3 6658E-3 | –3 8015E-2 | 3 0168E-2 | –1 2383E-2 | 6 6430E-3 | –0.0035 | 9 7369E-4 | –1 0569E-4 |
| 6 | –0 9217 | 2 3564E-2 | –5 4381E-2 | 7 8752E-3 | 8 2521E-3 | –2 3741E-3 | –0.0009 | 5 1435E-4 | –7 0501E-5 |

The single focus lens of Embodiment 2 satisfies Conditions (1)–(3) above, as set forth in Table 6 below

TABLE 6

| Condition No. | Condition | Value |
|---------------|-----------|-------|
| (1) | 0 8 < f1/f < 2.0 | 1 38 |
| (2) | 0 5 < (|R2| – R1)/(R1 + |R2|) | 0 63 |
| (3) | 1 5 < f3/f < 3 0 | 2 18 |

FIGS 4A–4C show the spherical aberration, astigmatism, and distortion, respectively, of the single focus lens according to Embodiment 2 In FIG 4A, the spherical aberration is shown for the d-line (λ=587 6 nm), the g-line (λ=435 8

8

d-line (λ=587 6 nm) for both the sagittal image surface S and the tangential image surface T In FIG 4C, the distortion is shown at the d-line (λ=587 6 nm) The half-field angle ω for FIGS 4B and 4C is 28 8°

As is clear from the lens data and aberration curves discussed above, in Embodiment 2 the various aberrations are favorably corrected, and performance capabilities that are suitable for a compact single focus lens can be obtained

The invention being thus described, it will be obvious that the same may be varied in many ways For instance, values such as the radius of curvature R of each of the lens elements, the surface spacing D, the refractive index $N_d$, as well as the Abbe number $v_d$, are not limited to the examples indicated in each of the aforementioned embodiments, as other values can be adopted Also, lens elements that act as lens components may variously be modified as lens components that include more than one lens element Such variations are not to be regarded as a departure from the spirit and scope of the invention Rather, the scope of the invention shall be defined as set forth in the following claims and their legal equivalents All such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims

What is claimed is:

1 A single focus lens comprising, arranged along an optical axis in order from the object side:

a first lens component having positive refractive power and having a convex surface on the object side;

a stop;

a second lens component having a meniscus shape with a concave surface near the optical axis on the object side, being made of plastic, and having at least one aspheric surface;

a third lens component having a meniscus shape, positive refractive power, a convex surface on the object side near the optical axis, an aspheric object-side surface, and an aspheric image-side surface;

wherein

the following condition is satisfied:

$$0 8 < f1/f < 2 0$$

where

f1 is the focal length of the first lens component, and

f is the focal length of the entire single focus lens

2 The single focus lens of claim 1, wherein the following condition is satisfied:

$$0 5 < (|R2| – R1)/(R1 + |R2|)$$

where

R1 is the radius of curvature of the object-side surface of the first lens component, and

R2 is the radius of curvature of the image-side surface of the first lens component

3 The single focus lens of claim 1, wherein the following condition is satisfied:

US 6,961,191 B2

9

where

f3 is the focal length of the third lens component.

4. The single focus lens of claim 2, wherein the following condition is satisfied:

$$1.5 < f3/f < 3.0$$

where

f3 is the focal length of the third lens component.

5. The single focus lens of claim 1, wherein the first lens component, the second lens component, and the third lens component are arranged in that order along the optical axis from the object side without any intervening lens element.

6. The single focus lens of claim 5, wherein the single focus lens is formed of only three lens components.

7. The single focus lens of claim 6, wherein the single focus lens is formed of only three lens elements.

8. The single focus lens of claim 1, wherein each of the first, second, and third lens components consists of a lens element.

9. The single focus lens of claim 2, wherein the first lens component, the second lens component, and the third lens component are arranged in that order along the optical axis from the object side without any intervening lens element.

10. The single focus lens of claim 9, wherein the single focus lens is formed of only three lens components.

11. The single focus lens of claim 10, wherein the single focus lens is formed of only three lens elements.

12. The single focus lens of claim 2, wherein each of the first, second, and third components consists of a lens element.

13. The single focus lens of claim 4, wherein the first lens component, the second lens component, and the third lens component are arranged in that order along the optical axis from the object side without any intervening lens element.

14. The single focus lens of claim 13, wherein the single focus lens is formed of only three lens components.

15. The single focus lens of claim 14, wherein the single focus lens is formed of only three lens elements.

16. The single focus lens of claim 4, wherein each of the first, second, and third lens components consists of a lens element.

17. The single focus lens of claim 1, wherein:

both the object-side surface and the image-side surface of the second lens component are aspheric;

within an effective aperture range of the single focus lens, the absolute value of the negative refractive power of the object-side surface of the second lens component decreases in a direction from the optical axis toward the periphery of the second lens component and the positive refractive power of the image-side surface of the second lens component decreases in a direction from the optical axis toward the periphery of the second lens component; and

within an effective aperture range of the single focus lens, the positive refractive power of the object-side surface of the third lens component decreases in a direction

10

from the optical axis toward the periphery of the third lens component.

18. The single focus lens of claim 4, wherein:

both the object-side surface and the image-side surface of the second lens component are aspheric;

within an effective aperture range of the single focus lens, the absolute value of the negative refractive power of the object-side surface of the second lens component decreases in a direction from the optical axis toward the periphery of the second lens component and the positive refractive power of the image-side surface of the second lens component decreases in a direction from the optical axis toward the periphery of the second lens component; and

within an effective aperture range of the single focus lens, the positive refractive power of the object-side surface of the third lens component decreases in a direction from the optical axis toward the periphery of the third lens component.

19. The single focus lens of claim 7, wherein:

both the object-side surface and the image-side surface of the second lens element are aspheric;

within an effective aperture range of the single focus lens, the absolute value of the negative refractive power of the object-side surface of the second lens element decreases in a direction from the optical axis toward the periphery of the second lens element and the positive refractive power of the image-side surface of the second lens element decreases in a direction from the optical axis toward the periphery of the second lens element; and

within an effective aperture range of the single focus lens, the positive refractive power of the object-side surface of the third lens element decreases in a direction from the optical axis toward the periphery of the third lens element.

20. The single focus lens of claim 16, wherein:

both the object-side surface and the image-side surface of the second lens element are aspheric;

within an effective aperture range of the single focus lens, the absolute value of the negative refractive power of the object-side surface of the second lens element decreases in a direction from the optical axis toward the periphery of the second lens element and the positive refractive power of the image-side surface of the second lens element decreases in a direction from the optical axis toward the periphery of the second lens element; and

within an effective aperture range of the single focus lens, the positive refractive power of the object-side surface of the third lens element decreases in a direction from the optical axis toward the periphery of the third lens element.

* * * * *

§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Fujinon Corporation | Motorola, Inc. |

| (b)  County of Residence of First Listed Plaintiff _____ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED. |
|---|---|
| (c)  Attorney's (Firm Name, Address, and Telephone Number) <br> Cross & Simon, LLC <br> 913 N. Market St., 11th Floor   (302) 777-4200 <br> Wilmington, DE 19801 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:  Patent Infringement

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  9-5-2007

SIGNATURE OF ATTORNEY OF RECORD  CBS

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 - 533

## ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

_____9/5/07_____
(Date forms issued)

_____
(Signature of Party or their Representative)

X GARY IRELAND
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action