# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUJINON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-533 (GMS) |
| | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant, Motorola, Inc., to answer, move or otherwise plead in response to the Complaint is extended by 45 days until March 21, 2008. The reason for this request is that plaintiff Fujinon and Motorola's suppliers are actively engaged in settlement negotiations, including ongoing meetings in the Far East scheduled as part of an exchange of information and samples. The requested extension is needed to enable the negotiators time to determine whether this dispute can be settled or will need to be resolved by this litigation. Additionally, Motorola is working with the suppliers of the accused components (whose operations are located in the Far East) to investigate the allegations of the Complaint.

| | |
|---|---|
| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Christopher P. Simon (#3697)* | */s/ Jack B. Blumenfeld (#1014)* |
| Christopher P. Simon (#3697) | Jack B. Blumenfeld (#1014) |
| 913 North Market Street – 11th Floor | 1201 North Market Street |
| P.O. Box 1380 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 777-4200 | (302) 658-9200 |
| csimon@crosslaw.com | jblumenfeld@mnat.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of January, 2008.

_____
J.