IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FUJINON CORPORATION                  :

      Plaintiff                         :

v.                                   : Civil Action No. 07-533 GMS

MOTOROLA, INC.                       :

      Defendant                         :

### ORDER REGARDING REFERENCE
### PURSUANT TO 28 U.S.C. § 636

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

                                                                  CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE