IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJINON CORPORATION, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | C.A. No. 07-533 (GMS) |
| ) | |
| MOTOROLA, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## **RULE 7.1 STATEMENT OF DEFENDANT MOTOROLA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola, Inc. ("Motorola") submits the following corporate disclosure statement:

Motorola has no parent corporation, and no publicly held corporation owns 10% or more of Motorola's stock. However, more than 10% of Motorola's stock is owned by privately held Dodge & Cox, 555 California Street, 40th Floor, San Francisco, CA 94104.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Of Counsel*:

*/s/ Jack B. Blumenfeld*

Robert C. Morgan
Padmaja Chinta
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

James R. Myers
Marina N. Len
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
(202) 508-4600

*Attorneys for Defendant Motorola, Inc.*

March 21, 2008
2164737

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

    Christopher Page Simon, Esq.
    CROSS & SIMON, LLC

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 21, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Christopher Page Simon, Esq.
Sean T. O'Kelly, Esq.
CROSS & SIMON, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

**csimon@crosslaw.com**
**sokelly@crosslaw.com**

**BY E-MAIL**

Quentin R. Corrie, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
**qrc@bskb.com**

Charles Gorenstein, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
**cg@bskb.com**

Robert J. Kenney, Esq.
BIRCH, STEWART, KOLASCH & BIRCH, LLP
**rjk@bskb.com**

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com

2164866