UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>Motorola, Inc.,<br><br>       Defendant. | Civil Action No. 07-533 (GMS)<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF FUJINON CORP.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Fujinon Corp. discloses that it is not a publicly held corporation, that FUJIFILM Corp. is Fujinon Corp.'s parent corporation, and that FUJIFILM Corp. holds 10% or more of its stock.

                                                    **CROSS & SIMON, LLC**

                                                    Christopher P. Simon (#3697)
                                                    Sean T. O'Kelly (#4349)
                                                    913 North Market Street, 11th Floor
                                                    Wilmington, DE 19801
                                                    (302) 777-4200
                                                    (302) 777-4224 (facsimile)
                                                    *Attorneys for Plaintiff, Fujinon Corp.*

OF COUNSEL:

Quentin R. Corrie, Esuire
Charles Gorenstein, Esquire
Robert J. Kenney, Esquire
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
P.O. Box 747
Falls Church, VA 22040-0747

Dated: March 27, 2008

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, certify that on March 27, 2008, I caused to be served a true and correct copy of *Plaintiff Fujinon Corp.'s Rule 7.1 Disclosure Statement* upon counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Sean T. O'Kelly (No. 4349)