IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fujinon Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-533 (GMS) |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Motorola, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT FUJINON CORPORATION'S
ANSWER TO DEFENDANT MOTOROLA'S AMENDED COUNTERCLAIM**

COMES NOW, Fujinon Corporation ("Fujinon"), by counsel, and hereby files the following as its Answer to Defendant Motorola, Inc.'s Amended Counterclaim by responding to the numbered paragraphs as follows:

1.  Fujinon admits the allegations contained in paragraph 1 of the Amended Counterclaim.

2.  Fujinon admits the allegations contained in paragraph 2 of the Amended Counterclaim.

3.  Fujinon admits the allegations contained in paragraph 3 of the Amended Counterclaim.

4.  Fujinon admits the allegations contained in paragraph 4 of the Amended Counterclaim.

5.  Fujinon admits the allegations contained in paragraph 5 of the Amended Counterclaim.

**COUNT I**

6.  Fujinon admits that Motorola attempts to incorporate by reference paragraphs 1-5

of its Amended Counterclaim. Fujinon incorporates its heretofore and hereinafter responses to paragraphs 1 through 5, inclusive, as if fully set forth herein. Any allegations contained in paragraphs 1-5 of Motorola's Amended Counterclaim not expressly admitted herein are denied.

7. Fujinon admits the allegations contained in paragraph 7 of the Amended Counterclaim.

8. Fujinon denies the allegations contained in paragraph 8 of the Amended Counterclaim.

9. Fujinon admits that Motorola seeks a declaration that Motorola does not infringe any claim of the '295 Patent, the '253 Patent, or the '191 Patent.

## COUNT II

10. Fujinon admits that Motorola attempts to incorporate by reference paragraphs 1-9 of its Amended Counterclaim. Fujinon incorporates its heretofore and hereinafter responses to paragraphs 1 through 9, inclusive, as if fully set forth herein. Any allegations contained in paragraphs 1-9 of Motorola's Amended Counterclaim not expressly admitted herein are denied.

11. Fujinon admits the allegations contained in paragraph 11 of the Amended Counterclaim.

12. Fujinon denies the allegations contained in paragraph 12 of the Amended Counterclaim.

13. Fujinon admits that Motorola seeks a declaration that claims of the '295 Patent, the '253 Patent, and the '191 Patent are invalid.

## COUNT III

14. Fujinon admits that Motorola attempts to incorporate by reference paragraphs 1-13 of its Amended Counterclaim. Fujinon incorporates its heretofore and hereinafter responses to

paragraphs 1 through 13, inclusive, as if fully set forth herein. Any allegations contained in paragraphs 1-13 of Motorola's Amended Counterclaim not expressly admitted herein are denied.

15. Fujinon admits the allegations contained in paragraph 15 of the Amended Counterclaim.

16. Fujinon denies the allegations contained in paragraph 16 of the Amended Counterclaim.

17. Fujinon admits the allegations contained in paragraph 17 of the Amended Counterclaim.

18. The original claims of the '253 patent and the original claims of the corresponding Japanese patent application speak for themselves. Fujinon denies any allegations in paragraph 18 of the Amended Counterclaim to the extent such allegations are not consistent with such claims.

19. The claims of '253 patent and the claims of the corresponding Japanese patent application speak for themselves. Fujinon denies any allegations in paragraph 19 of the Amended Counterclaim to the extent such allegations are not consistent with such claims.

20. Fujinon admits that, on its face, JP 8-327906 purports to have been filed on March 11, 1996 and published on December 13, 1996 and would be prior art to the '253 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 8-327906 was actually filed or published on such dates.

21. Fujinon admits that the JPO cited JP 8-327906 during prosecution of the Japanese patent application corresponding to the '253 Patent. Fujinon denies the remaining allegations in paragraph 21 of the Amended Counterclaim.

22.     Fujinon admits that, on its face, JP 8-160298 purports to have been filed on December 1, 1993 and published on June 21, 1996 and would be prior art to the '253 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 8-160298 was actually filed or published on such dates.

23.     Fujinon admits that the JPO cited JP 8-160298 during prosecution of the Japanese patent application corresponding to the '253 Patent. Fujinon denies the remaining allegations in paragraph 23 of the Amended Counterclaim.

24.     Fujinon admits that, on its face, JP 8-062498 purports to have been filed on August 19, 1994 and published on March 8, 1996 and would be prior art to the '253 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 8-062498 was actually filed or published on such dates and, accordingly, denies the same.

25.     Fujinon admits that the JPO cited JP 8-062498 during prosecution of the Japanese patent application corresponding to the '253 Patent. Fujinon denies the remaining allegations in paragraph 25 of the Amended Counterclaim.

26.     Fujinon admits that, on its face, JP 10-010426 purports to have been published on January 16, 1998 and would be prior art to the '253 Patent based on such a publication date. On its face, JP 10-010426 purports to have been filed June 27, 1996, instead of June 26, 1996 as alleged. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 10-010426 was actually filed or published on such dates and, accordingly, denies the same.

27.     Fujinon admits that the JPO cited JP 10-010426 during prosecution of the Japanese patent application corresponding to the '253 Patent. Fujinon denies the remaining allegations in paragraph 27 of the Amended Counterclaim.

28. Fujinon admits that the JPO twice rejected claims of the Japanese patent application corresponding to the '253 Patent, but denies that these rejections were based on conclusions that the claims were "obvious."

29. Fujinon admits that the JPO rejected claim 1 of the corresponding Japanese patent application citing JP 8-327906, JP 8-160298 and JP 8-062498. The Japanese Office Action speaks for itself. Fujinon denies any allegations in paragraph 29 of the Amended Counterclaim to the extent such allegations are not consistent with the Japanese Office Action.

30. Fujinon admits that Fujinon's Japanese Patent Attorney of record submitted claim amendments and arguments to the JPO in the corresponding Japanese patent application during pendency of the '253 Patent Application. Fujinon admits that the JPO again rejected claim 1 of the corresponding Japanese Patent application, citing JP 8-327906, JP 8-160298, JP 8-062498 and JP 10-010426. Fujinon admits that Fujinon's Japanese Patent Attorney of record submitted additional claim amendments to the JPO in the corresponding Japanese patent application. The claims of the Japanese patent application and the claims of the '253 Patent Application speak for themselves. Fujinon denies any allegations in paragraph 30 of the Amended Counterclaim to the extent such allegations are not consistent with such claims.

31. Fujinon admits the allegations contained in paragraph 31 of the Amended Counterclaim.

32. Fujinon denies the allegations contained in paragraph 32 of the Amended Counterclaim.

33. Fujinon denies the allegations contained in paragraph 33 of the Amended Counterclaim.

34. Fujinon denies the allegations contained in paragraph 34 of the Amended

5

Counterclaim.

35. Fujinon admits that Motorola seeks a declaration that the '253 patent is unenforceable.

## COUNT IV

36. Fujinon admits that Motorola attempts to incorporate by reference paragraphs 1-35 of its Amended Counterclaim. Fujinon incorporates its heretofore and hereinafter responses to paragraphs 1 through 35, inclusive, as if fully set forth herein. Any allegations contained in paragraphs 1-35 of Motorola's Amended Counterclaim not expressly admitted herein are denied.

37. Fujinon admits the allegations contained in paragraph 37 of the Amended Counterclaim.

38. Fujinon denies the allegations contained in paragraph 38 of the Amended Counterclaim.

39. Fujinon admits the allegations contained in paragraph 39 of the Amended Counterclaim.

40. The original claims of the '191 Patent and the original claims of the corresponding Japanese patent application speak for themselves. Fujinon denies any allegations in paragraph 40 of the Amended Counterclaim to the extent such allegations are not consistent with such claims.

41. The claims of the '191 Patent and the claims of the corresponding Japanese patent application speak for themselves. Fujinon denies any allegations in paragraph 41 of the Amended Counterclaim to the extent such allegations are not consistent with such claims.

42. Fujinon admits that, on its face, JP 11-052227 purports to have been filed on July 31, 1997 and published on February 26, 1999 and would be prior art to the '191 Patent based on

such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 11-052227 was actually filed or published on such dates and, accordingly, denies the same.

43.     Fujinon admits that the JPO cited JP 11-052227 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 43 of the Amended Counterclaim.

44.     Fujinon admits that, on its face, JP 10-111452 purports to have been filed on October 7, 1996 and published on April 28, 1998 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 10-111452 was actually filed or published on such dates and, accordingly, denies the same.

45.     Fujinon admits that the JPO cited JP 10-111452 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 45 of the Amended Counterclaim.

46.     Fujinon admits that, on its face, JP 9-281388 purports to have been filed on April 15, 1996. On its face, JP 9-281388 purports to have been published October 31, 1997, instead of May 20, 1997 as alleged, and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 9-281388 was actually filed or published on such dates and, accordingly, denies the same.

47.     Fujinon admits that the JPO cited JP 9-281388 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 47 of the Amended Counterclaim.

48.     Fujinon admits that, on its face, JP 8-234097 purports to have been filed on

February 28, 1995 and published on September 13, 1996 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 8-234097 was actually filed or published on such dates and, accordingly, denies the same.

49. Fujinon admits that the JPO cited JP 8-234097 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 49 of the Amended Counterclaim.

50. Fujinon admits that, on its face, JP 63-271213 purports to have been filed on April 28, 1987 and published on November 9, 1988 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 63-271213 was actually filed or published on such dates and, accordingly, denies the same.

51. Fujinon admits that the JPO cited JP 63-271213 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 51 of the Amended Counterclaim.

52. Fujinon admits that, on its face, JP 62-116915 purports to have been filed on November 15, 1985 and published on May 28, 1987 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 62-116915 was actually filed or published on such dates and, accordingly, denies the same.

53. Fujinon admits that the JPO cited JP 62-116915 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 53 of the Amended Counterclaim.

54.     Fujinon admits that, on its face, JP 62-109014 purports to have been filed on November 8, 1985 and published on May 20, 1987 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 62-109014 was actually filed or published on such dates and, accordingly, denies the same.

55.     Fujinon admits that the JPO cited JP 62-109014 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 55 of the Amended Counterclaim.

56.     Fujinon admits that, on its face, JP 62-030208 purports to have been filed on August 1, 1985 and published on February 9, 1987 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 62-0300208 was actually filed or published on such dates and, accordingly, denies the same.

57.     Fujinon admits that the JPO cited JP 62-030208 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining allegations in paragraph 57 of the Amended Counterclaim.

58.     Fujinon admits that, on its face, JP 62-005211 purports to have been filed on July 1, 1985 and published on January 12, 1987 and would be prior art to the '191 Patent based on such a publication date. Fujinon is without knowledge or information sufficient to form a belief as to whether JP 62-005211 was actually filed or published on such dates and, accordingly, denies the same.

59.     Fujinon admits that the JPO cited JP 62-005211 during prosecution of the Japanese patent application corresponding to the '191 Patent. Fujinon denies the remaining

allegations in paragraph 59 of the Amended Counterclaim.

60.  Fujinon admits the allegations in paragraph 60 of the Amended Counterclaim.

61.  Fujinon admits the allegations in paragraph 61 of the Amended Counterclaim.

62.  Fujinon admits that claim 1 of the corresponding JP patent application was amended after an interview with the JPO Examiner and that at least claim 1 of the '191 Patent Application was not so amended. Fujinon denies the remaining allegations in paragraph 62 of the Amended Counterclaim.

63.  Fujinon admits the allegations in paragraph 63 of the Amended Counterclaim.

64.  Fujinon denies the allegations contained in paragraph 64 of the Amended Counterclaim.

65.  Fujinon denies the allegations contained in paragraph 65 of the Amended Counterclaim.

66.  Fujinon denies the allegations contained in paragraph 66 of the Amended Counterclaim.

67.  Fujinon admits that Motorola seeks a declaration that the '191 Patent is unenforceable.

### COUNT V

68.  Fujinon admits that Motorola attempts to incorporate by reference paragraphs 1-67 of its Amended Counterclaim. Fujinon incorporates its heretofore and hereinafter responses to paragraphs 1 through 67, inclusive, as if fully set forth herein. Any allegations contained in paragraphs 1-67 of Motorola's Amended Counterclaim not expressly admitted herein are denied.

69.  Fujinon admits the allegations in paragraph 69 of the Amended Counterclaim.

70.  Fujinon denies the allegations contained in paragraph 70 of the Amended

Counterclaim.

71. Fujinon admits that Motorola seeks a declaration that the '295 patent is unenforceable.

72. Fujinon denies that Motorola is entitled to any of the relief contained within its prayer for relief.

73. To the extent not expressly admitted, all facts set forth in the Amended Counterclaim are hereby denied.

## JURY DEMAND

Fujinon demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Fujinon prays for judgment and requests that this Court:

1. Dismiss Defendant Motorola's Amended Counterclaim with prejudice;

2. Enter judgment in favor of Fujinon;

3. Award Fujinon its reasonable costs, expenses, and attorney's fees; and

4. Grant such other and further relief, at law or in equity, as the Court may deem just and proper.

Dated: April 11, 2008
Wilmington, Delaware

**CROSS & SIMON, LLC**

*/s/ Sean T. O'Kelly*
Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
csimon@crossslaw.com
sokelly@crosslaw.com

-and-

Quentin R. Corrie, Esquire
Charles Gorenstein, Esquire
Robert J. Kenney, Esquire
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, Virginia 22040-0747
(703) 205-8000
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I, Sean T. O'Kelly, certify that on April 11, 2008, I caused to be served a true and correct copy of *Plaintiff/Counterclaim Defendant Fujinon Corporation's Answer to Defendant Motorola's Amended Counterclaim* upon counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Sean T. O'Kelly (No. 4349)