IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJINON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) C.A. No. 07-533 (GMS) |
| | ) |
| MOTOROLA, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT the appearances of Robert C. Morgan, Padmaja Chinta, James R. Myers and Marina N. Len of the law firm of ROPES & GRAY LLP are hereby withdrawn as counsel for defendant Motorola, Inc. ("Motorola"). The appearances of Edward F. McCormack, Daniel J. Burnham and Russell J. Genet of NIXON PEABODY LLP, 161 N. Clark Street, Chicago, IL 60601 are hereby entered for Motorola.

Motorola continues to be represented by Jack B. Blumenfeld of MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Motorola, Inc.*

May 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Christopher Page Simon, Esquire
>Sean T. O'Kelly, Esquire
>CROSS & SIMON, LLC

May 12, 2008 upon the following in the manner indicated:

Christopher Page Simon, Esquire  
Sean T. O'Kelly, Esquire  
CROSS & SIMON, LLC  
913 North Market Street  
11th Floor  
Wilmington, DE 19801  

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

/s/ Jack B. Blumenfeld  
Jack B. Blumenfeld (#1014)