IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJINON CORPORATION, )<br>)<br>         Plaintiff, )<br>)<br>   v. )   C.A. No. 07-533 (GMS)<br>)<br>MOTOROLA, INC., )<br>)<br>         Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edward F. McCormack, Daniel J. Burnham and Russell J. Genet of NIXON PEABODY LLP, 161 N. Clark Street, Chicago, IL 60601 to represent defendant Motorola, Inc. in this matter.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld*
                                        Jack B. Blumenfeld (#1014)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        (302) 658-9200
                                        jblumenfeld@mnat.com

May 12, 2008                          *Attorneys for Defendant Motorola, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Edward F. McCormack, Daniel J. Burnham and Russell J. Genet is granted.

Dated: _____        _____
                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 5/8/08

Edward F. McCormack
NIXON PEABODY LLP
161 N. Clark Street
Chicago, IL 60601
(312) 425-3900

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the State of Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _____May 8, 2008_____

_____
Daniel J. Burnham
NIXON PEABODY LLP
161 N. Clark Street
Chicago, IL 60601
(312) 425-3900

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: May 12, 2008

Russell J. Genet
NIXON PEABODY LLP
161 N. Clark Street
Chicago, IL 60601
(312) 425-3900

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Christopher Page Simon, Esquire
> Sean T. O'Kelly, Esquire
> CROSS & SIMON, LLC

May 12, 2008 upon the following in the manner indicated:

Christopher Page Simon, Esquire  *VIA ELECTRONIC MAIL*
Sean T. O'Kelly, Esquire  *and HAND DELIVERY*
CROSS & SIMON, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)