IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-533-GMS-LPS |
| ) | |
| v. ) | |
| ) | |
| Motorola, Inc., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kell M. Damsgaard to represent the Plaintiff, Fujinon Corporation in this matter.

**CROSS & SIMON, LLC**

/s/ Sean T. O'Kelly
Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
sokelly@crosslaw.com

Dated: May 13, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____       _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 12, 2008

Kell M. Damsgaard
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
(215) 963-5592
(215) 963-5001
kdamsgaard@morganlewis.com