IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-533-GMS-LPS |
| ) | |
| v. ) | |
| ) | |
| Motorola, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT the appearances of Quentin R. Corrie, Robert J. Kenney, and Charles Gorenstein of the law firm of Birch, Stewart, Kolasch & Birch, LLP, are hereby withdrawn as counsel for Plaintiff Fujinon, Corporation. The appearances of Robert J. Gaybrick, Nathan W. McCutcheon, and Kell M. Damsgaard of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Ave., NW, Washington, D.C., 20004-2541, and 1701 Market St., Philadelphia, PA 19103-2921 are hereby entered for Fujion, Corporation.

CROSS & SIMON, LLC

Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
sokelly@crosslaw.com

Dated: May 13, 2008

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on May 13, 2008, a true and correct copy of the foregoing *Notice of Substitution of Counsel* was served upon counsel of record in the manner indicated:

## BY HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Sean T. O'Kelly (No. 4349)