```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                                 - - -

 4    FUJINON CORPORATION,              :    CIVIL ACTION
                                        :
 5              Plaintiff,              :
                                        :
 6         v.                           :
                                        :
 7    MOTOROLA, INC.,                   :
                                        :    NO. 07-533 (GMS/LPS)
 8              Defendant.

 9                                 - - -

10                          Wilmington, Delaware
                       Monday, May 19, 2008 at 11:31 a.m.
11                          TELEPHONE CONFERENCE

12                                 - - -

13    BEFORE:   HONORABLE LEONARD P. STARK, Magistrate Judge

14                                 - - -
      APPEARANCES:
15
           CROSS & SIMON, LLC
16         BY:  CHRISTOPHER P. SIMON, ESQ.

17              and

18         MORGAN, LEWIS & BOCKIUS, LLP
           BY:  KELL M. DAMSGAARD, ESQ.
19              (Philadelphia, Pennsylvania)

20                   Counsel for Plaintiff

21
           MORRIS, NICHOLS & TUNNELL, LLP
22         BY:  JACK B. BLUMENFELD, ESQ.

23              and

24
                                        Brian P. Gaffigan
25                                      Official Court Reporter
```

```
 1    APPEARANCES: (Continued)

 2

 3         NIXON PEABODY, LLP
           BY:  EDWARD F. McCORMACK, ESQ.
 4              (Chicago, Illinois)

 5                  Counsel for the defendant

 6

 7                         - oOo -

 8                    P R O C E E D I N G S

 9              (REPORTER'S NOTE:  The following telephone

10    conference was held in chambers, beginning at 11:31 a.m.)

11              THE COURT:  Good morning, this is Judge Stark.

12    Are counsel on the line?

13              (Unidentified speaker):  Yes, Your Honor.

14              (Unidentified speaker):  Yes, sir.

15              THE COURT:  Let me know who you are.  First for

16    the plaintiffs, please?

17              MR. SIMON:  Your Honor, this is Chris Simon at

18    Cross & Simon.  We're Delaware counsel to the plaintiff.

19              MR. DAMSGAARD:  And this is Kell Damsgaard from

20    the law firm of Morgan, Lewis & Bockius for the plaintiff.

21              THE COURT:  Okay.

22              MR. BLUMENFELD:  Good morning, Your Honor, Jack

23    Blumenfeld, Morris Nichols for Motorola, the defendant; and

24    Ed McCormack from Nixon Peabody from Chicago is also on the

25    line for Motorola.
```

1               MR. McCORMACK:  Good morning, Your Honor.

2               THE COURT:  Good morning to you all.

3               Anybody else?  No?  Great.

4               Okay.  Well, this is, of course, our scheduling
5    teleconference in the matter of Fujinon versus Motorola.
6    It's our case No. 07-533-GMS/LPS.

7               I've reviewed your submission and very pleased
8    to see you are in agreement on all of the dates.  There are
9    a few dates that I need to change, mostly just very
10   slightly.  So I want to give counsel those dates and then I
11   will look to you folks to submit a clean copy of the
12   scheduling order incorporating these changes.

13              I went through this.  The first one would be at
14   Paragraph 7, the interim status report.  We want that on
15   February 5th, 2009.

16              The status conference then in Paragraph 8 will
17   be February 12th, 2009 at 10:00 a.m.

18              The tutorial.  This is probably the only
19   significant change.  My preference is to have the tutorial
20   substantially earlier, kind of at pretty much a midpoint of
21   fact discovery is my practice; because while I hope you
22   don't have any discovery disputes, my experience already to
23   date has been that once in awhile, a discovery dispute comes
24   up and a tutorial can be helpful for me to have earlier on.
25   So I'm going to make the tutorial due on November 1st of

```
 1   2008.  That's Paragraph 9.
 2               Then moving to Paragraph 12, the initial briefs
 3   on claim construction, let's change that to February 17th.
 4   I think February 16th may be a holiday.
 5               And then finally, in Paragraph 13, the hearing
 6   on claim construction, April 6th, 2009, at 10:00 a.m.; and
 7   that will just be to hear evidence and argument on claim
 8   construction so you will have to cross out "and summary
 9   judgment," the last three words of that paragraph.  And I'd
10   like the clean copy incorporating those dates to be
11   submitted by Friday of this week.
12               Are there any questions or other issues that
13   need to be addressed?  First from the plaintiffs.
14               MR. DAMSGAARD:  Not from the plaintiff.
15               THE COURT:  No?  From defendant?
16               MR. McCORMACK:  No, Your Honor.  Not from the
17   defendant.
18               THE COURT:  Okay.  Great.  Well, thank you very
19   much for your time, counsel.
20               (The attorneys respond, "Thank you, Your
21   Honor.")
22               (Telephone conference ends at 11:34 a.m.)
23
24
25
```