IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Motorola, Inc.,<br><br>      Defendant. | ) ) ) ) ) ) Civil Action No. 07-533-GMS-LPS ) ) ) ) ) |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on the 30th day of May 2008, the undersigned counsel caused two true and correct copies of *Plaintiff's Initial Disclosures* to be served upon the following counsel at the address listed below and in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Edward F. McCormack, Esq.
Daniel J. Burnham, Esq.
Russell J. Genet, Esq.
Nixon Peabody LLP
161 N. Clark Street
Chicago, IL 60601

Dated: May 30, 2008
       Wilmington, Delaware

**CROSS & SIMON LLC**

*CPS*
_____
Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224
csimon@crosslaw.com
sokelly@crosslaw.com

*Attorneys for Plaintiff Fujinon Corporation*

*Of Counsel:*

Kell M. Damsgaard
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Robert J. Gaybrick
Nathan W. McCutcheon
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-3000

## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on May 30, 2008, a true and correct copy of the foregoing *Notice of Service* was served upon counsel of record in the manner indicated:

| **BY HAND DELIVERY** | **BY FIRST CLASS MAIL** |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Edward F. McCormack, Esq.<br>Daniel J. Burnham, Esq.<br>Russell J. Genet, Esq.<br>Nixon Peabody LLP<br>161 N. Clark Street<br>Chicago, IL  60601 |

*/s/ CPS*
_____
Christopher P. Simon (No. 3697)