IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJINON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) C.A. No. 07-533 (GMS) (LPS) |
| | ) |
| MOTOROLA, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Motorola, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on May 30, 2008 upon the following in the manner indicated:

Christopher Page Simon, Esquire                     *VIA ELECTRONIC MAIL*
Sean T. O'Kelly, Esquire                                  *and HAND DELIVERY*
CROSS & SIMON, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Robert J. Gaybrick, Esquire                             *VIA ELECTRONIC MAIL*
Nathan W. McCutcheon, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541

Kell M. Damsgaard, Esquire                             *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19102-2921

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
   *Attorneys for Defendant Motorola, Inc.*

*Of Counsel*:

Edward F. McCormack
Daniel J. Burnham
Russell J. Genet
NIXON PEABODY LLP
161 N. Clark Street
Chicago, IL 60601
(312) 425-8560

Joseph Bach
NIXON PEABODY LLP
200 Page Mill Road, 2nd floor
Palo Alto, CA 94306-2022
(650) 320-7700

May 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Christopher Page Simon, Esquire
> Sean T. O'Kelly, Esquire
> CROSS & SIMON, LLC

I further certify that I caused copies of the foregoing document to be served on May 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Christopher Page Simon, Esquire<br>Sean T. O'Kelly, Esquire<br>CROSS & SIMON, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Robert J. Gaybrick, Esquire<br>Nathan W. McCutcheon, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541 | *VIA ELECTRONIC MAIL* |
| Kell M. Damsgaard, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19102-2921 | *VIA ELECTRONIC MAIL* |

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)