IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Fujinon Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Motorola, Inc., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-533-GMS-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 4th day of June 2008, the undersigned counsel caused two true and correct copies of *Plaintiff Fujinon Corporation's Second Set of Requests For Production of Documents Directed To Defendant Motorola, Inc.* to be served upon the following counsel at the address listed below and in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Edward F. McCormack, Esq.
Daniel J. Burnham, Esq.
Russell J. Genet, Esq.
Nixon Peabody LLP
161 N. Clark Street
Chicago, IL 60601

Dated: June 4, 2008
      Wilmington, Delaware

**CROSS & SIMON LLC**

/s/ Sean T. O'Kelly
_____
Christopher P. Simon (No. 3697)
Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224
csimon@crosslaw.com
sokelly@crosslaw.com

*Attorneys for Plaintiff Fujinon Corporation*

*Of Counsel:*

Kell M. Damsgaard
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Robert J. Gaybrick
Nathan W. McCutcheon
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-3000

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, hereby certify that on June 4, 2008, a true and correct copy of the foregoing *Notice of Service* was served upon counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Edward F. McCormack, Esq.
Daniel J. Burnham, Esq.
Russell J. Genet, Esq.
Nixon Peabody LLP
161 N. Clark Street
Chicago, IL 60601

_____
Sean T. O'Kelly (No. 4349)