IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUJINON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-533 (GMS) (LPS) |
| | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Motorola, Inc.'s Responses To Plaintiff Fujinon Corporation's Second Set Of Requests For Production Of Documents* were caused to be served on July 7, 2008 upon the following in the manner indicated:

Christopher Page Simon, Esquire  *VIA ELECTRONIC MAIL*
Sean T. O'Kelly, Esquire  *and HAND DELIVERY*
CROSS & SIMON, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Robert J. Gaybrick, Esquire  *VIA ELECTRONIC MAIL*
Nathan W. McCutcheon, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541

Kell M. Damsgaard, Esquire  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19102-2921

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
   *Attorneys for Defendant Motorola, Inc.*

*Of Counsel*:

Edward F. McCormack
Daniel J. Burnham
Russell J. Genet
NIXON PEABODY LLP
161 N. Clark Street
Chicago, IL 60601
(312) 425-8560

Joseph Bach
NIXON PEABODY LLP
200 Page Mill Road, 2nd floor
Palo Alto, CA 94306-2022
(650) 320-7700

July 7, 2008
2320558

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>   Christopher Page Simon, Esquire
>   Sean T. O'Kelly, Esquire
>   CROSS & SIMON, LLC

I further certify that I caused copies of the foregoing document to be served on July 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Christopher Page Simon, Esquire<br>Sean T. O'Kelly, Esquire<br>CROSS & SIMON, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Robert J. Gaybrick, Esquire<br>Nathan W. McCutcheon, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541 | *VIA ELECTRONIC MAIL* |
| Kell M. Damsgaard, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19102-2921 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)