**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Fujinon Corporation, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-533-GMS-LPS |
| | ) | |
| Motorola, Inc., | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiff and Counterclaim Defendant Fujinon Corporation and Defendant and Counterclaim-Plaintiff Motorola, Inc. hereby stipulate to the dismissal with prejudice of the above-captioned matter.

| | |
|---|---|
| **CROSS & SIMON, LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| /s/ Sean T. O'Kelly | /s/ Jack B. Blumenfeld |
| Christopher P. Simon (No. 3697) | Jack B. Blumenfeld (No. 1014) |
| Sean T. O'Kelly (No. 4349) | 1201 North Market Street |
| 913 North Market Street, 11th Floor | P.O. Box 1347 |
| P.O. Box 1380 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1380 | (302) 658-9200 |
| (302) 777-4200 | jblumenfeld@mnat.com |
| csimon@crosslaw.com | |
| sokelly@crosslaw.com | *Attorney for Motorola, Inc.* |
| | |
| *Attorneys for Plaintiff Fujinon Corporation* | |

*Of Counsel:*

Kell M. Damsgaard
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000


Robert J. Gaybrick
Nathan W. McCutcheon
David M. Morris
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 739-3000

*Of Counsel:*

Edward F. McCormack
Daniel J Burnham
Russell J. Genet
NIXON PEABODY LLP
161 North Clark Street – 48th Floor
Chicago, IL  60601
(312) 425-3900


Joseph Bach
NIXON PEABODY LLP
200 Page Mill Road – 2d Floor
Palo Alto, CA  94306
(650) 320-7700

## **ORDER**

SO ORDERED this _____ day of May 2010

_____
The Honorable Gregory M. Sleet
United States District Judge